UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA BENNETT,

    Petitioner,

                                         CASE NO. 5:12-cv-12054

v.

                                         HON. JOHN CORBETT O'MEARA

MILLICENT WARREN,

                                         MAG. DAVID R. GRAND

    Respondent.

_____/

**Notice of Filing Supplemental Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:   PAULA BENNETT, #691313
        HURON VALLEY COMPLEX – WOMEN'S
        3201 BEMIS ROAD
        YPSILANTI, MI 48197

PLEASE TAKE NOTICE that a copy of Supplemental Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

                                                        Respectfully submitted,

                                                        BILL SCHUETTE
                                                        Attorney General

                                                                            s/<u>Andrea M. Christensen-Brown</u>

                                               Assistant Attorney General
                                               Criminal Appellate Division
                                               P.O. Box 30217
                                               Lansing, MI  48909
                                               (517) 373-4875
                                               christensena1@michigan.gov
Dated: November 14, 2016                 P71776

# Index of Record
5:12-cv-12054

1. Wayne County Register of Actions

2. 12-12-07 Preliminary Examination Transcript

3. 12-27-07 AOI Transcript

4. 01-07-08 Calendar Conference Transcript

5. 02-11-08 Motion Transcript

6. 03-28-08 Motion Transcript

7. 05-06-08 Jury Trial Transcript

8. 05-07-08 Jury Trial Transcript

9. 05-08-08 Jury Trial Transcript

10. 05-12-08 Jury Trial Transcript

11. 05-13-08 Jury Trial Transcript

12. 05-14-08 Jury Trial Transcript

13. 05-15-08 Jury Trial Transcript

14. 05-19-08 Jury Trial Transcript

15. 05-20-08 Jury Trial Transcript

16. 05-21-08 Jury Trial Transcript

17. 06-16-08 Sentencing Transcript

18. 02-13-2013 Motion for Relief from Judgment

19. 08-30-2013 Answer to Motion for Relief from Judgment

20. 09-23-2013 Reply to Answer to Motion for Relief from Judgment

21. 12-10-2013 Opinion and Order

22. Michigan Court of Appeals 321999

23. Michigan Supreme Court 150659

## Certificate of Service

I hereby certify that on November 14, 2016, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE JOHN CORBETT O'MEARA
MAGISTRATE JUDGE DAVID R. GRAND

and I hereby certify that Kassandra Lutz has mailed by United States Postal Service the papers to the following non-ECF participant:

PAULA BENNETT, #691313
HURON VALLEY COMPLEX – WOMEN'S
3201 BEMIS ROAD
YPSILANTI, MI 48197

BILL SCHUETTE
Attorney General

s/Andrea M. Christensen-Brown

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
christensena1@michigan.gov
P71776