Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back                Location : Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 07-024733-02-FC

---

### RELATED CASE INFORMATION

**Related Cases**
07-024733-01-FC (Co Defendant)

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Appellate Attorney | Office, Appellate Defenders |  |
| Defendant | Bennett, Paula Renai | Walter A. White *Retained* (734) 221-5153(W) |
| Plaintiff | State of Michigan | Heather L. Lewis (248) 858-2003(W) |

---

### CHARGE INFORMATION

| Charges: Bennett, Paula Renai | Statute | Level | Date |
|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated | 750316-A |  | 10/09/2007 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/10/2007 **Plea** (Judicial Officer: Oakley, Brian)
    1. Homicide - Murder First Degree - Premeditated
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

05/21/2008 **Disposition** (Judicial Officer: Callahan, Michael J.)
    1. Homicide - Murder First Degree - Premeditated
        Found Guilty by Jury

06/16/2008 **Prison Sentence** (Judicial Officer: Callahan, Michael J.)
    1. Homicide - Murder First Degree - Premeditated
    Fee Totals:
      - Restitution      $2,599.34
      - Standard FEL Fees (SMCF, JCVF)      $720.00
    Fee Totals $      $3,319.34
    State Confinement:
      Agency: Michigan Department of Corrections
      Effective 06/16/2008
      Term: 0 Mo to Natural Life
      Credit for Time Served: 253 Days
      Comment: SENTENCED WITHOUT 'PAROLE'; PAY 1/2 OF RESTITUTION ($5,198.68);

**OTHER EVENTS AND HEARINGS**

10/09/2007 **Recommendation for Warrant**
10/10/2007 **Warrant Signed**
10/10/2007 **Arraignment on Warrant** (9:00 AM) (Judicial Officer Oakley, Brian)
    Parties Present
    Result: Plea Of Not Guilty Entered
10/10/2007 **Interim Condition for Bennett, Paula Renai**
    - 10%
      $1,000,000.00
12/12/2007 **Preliminary Examination** (9:00 AM) (Judicial Officer Oakley, Brian)
    Parties Present
    Result: Held: Bound Over
12/12/2007 **Bond Continued** (Judicial Officer: Oakley, Brian )
12/12/2007 **Bound Over** (Judicial Officer: Oakley, Brian )
12/12/2007 **Appearances by a Retained Attorney Filed** (Judicial Officer: Oakley, Brian )
12/27/2007 **Arraignment On Information** (9:00 AM) (Judicial Officer Ewell, Edward, Jr.)
    Parties Present
    Result: Held
01/07/2008 **Calendar Conference** (9:00 AM) (Judicial Officer Callahan, Michael J.)
    Parties Present
    Result: Held
02/11/2008 **Final Conference** (9:00 AM) (Judicial Officer Callahan, Michael J.)

| Date | Event |
|---|---|
| | Parties Present<br>Result: Held |
| 03/28/2008 | Motion Hearing (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Parties Present<br>Result: In Progress |
| 05/06/2008 | Jury Trial (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: Held |
| 05/06/2008 | Order (Judicial Officer: Callahan, Michael J.) |
| 05/07/2008 | Jury Trial (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: Held |
| 05/07/2008 | Motion (Judicial Officer: Callahan, Michael J.) |
| 05/08/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/12/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/12/2008 | Bond Continued (Judicial Officer: Callahan, Michael J.) |
| 05/13/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/13/2008 | Bond Continued (Judicial Officer: Callahan, Michael J.) |
| 05/14/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/14/2008 | Writ Of Habeas Corpus (Judicial Officer: Callahan, Michael J.) |
| 05/15/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/19/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/20/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: In Progress |
| 05/20/2008 | Motion (Judicial Officer: Callahan, Michael J.) |
| 05/21/2008 | Jury Trial in Progress (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: Held |
| 05/21/2008 | Order For DNA Sample (Judicial Officer: Callahan, Michael J.) |
| 05/21/2008 | Refer to Probation For Pre-Sentence Report (Judicial Officer: Callahan, Michael J.) |
| 05/21/2008 | Found Guilty By Jury (Judicial Officer: Callahan, Michael J.) |
| 06/16/2008 | Sentencing (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Result: Held |
| 06/16/2008 | Interim Condition for Bennett, Paula Renai<br>- Remand |
| 06/16/2008 | Sentenced to Prison |
| 07/31/2008 | Order For Production Of Trial And Sentence Transcript<br>Vol./Book 11 1134 pages |
| 08/22/2008 | Order For Production Of Transcript |
| 08/22/2008 | Order For Production Of Transcript |
| 08/26/2008 | Notice of Transcript Filed<br>Vol./Book 1 5 pages |
| 10/28/2008 | Notice of Transcript Filed<br>Vol./Book 3 18 pages |
| 10/28/2008 | Notice of Transcript Filed<br>Vol./Book 11 1134 pages |
| 04/25/2011 | Application For Leave To Appeal (Circuit) |
| 02/19/2013 | Motion For Relief From Judgment |
| 02/19/2013 | Filed |
| 05/29/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 06/26/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 07/26/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 08/23/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 09/27/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 10/25/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 12/06/2013 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Adjourned:At The Request Of The Court |
| 12/10/2013 | Order Denying Motion for Relief from Judgment Sgned & Filed (Judicial Officer: Callahan, Michael J.) |
| 02/07/2014 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Callahan, Michael J.)<br>Case Disposed/Order Previously Entered |
| 08/03/2015 | Application For Leave To Appeal (Circuit) |
| 05/02/2016 | Application For Leave To Appeal (Circuit) |

**FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Defendant Bennett, Paula Renai | | |
| Total Financial Assessment | | 3,439.34 |
| Total Payments and Credits | | 720.00 |
| Balance Due as of 11/14/2016 | | 2,719.34 |
| 06/16/2008 | Transaction Assessment | 3,319.34 |
| 08/11/2008 | Transaction Assessment | 120.00 |

| Date | Type | Receipt | Name | Amount |
|---|---|---|---|---|
| 05/25/2011 | Mail Payment | Receipt # 2011-11908 | Bennett, Paula Renai | (114.56) |
| 05/25/2012 | Mail Payment | Receipt # 2012-12048 | Bennett, Paula Renai | (189.20) |
| 09/27/2013 | Mail Payment | Receipt # 2013-21098 | Bennett, Paula Renai | (112.26) |
| 02/19/2014 | Mail Payment | Receipt # 2014-03312 | Bennett, Paula Renai | (100.82) |
| 12/18/2014 | Mail Payment | Receipt # 2014-36320 | Bennett, Paula Renai | (108.97) |
| 04/24/2015 | Mail Payment | Receipt # 2015-36323 | Bennett, Paula Renai | (94.19) |