```
 1                      STATE OF MICHIGAN

 2        THIRD JUDICIAL CIRCUIT COURT - CRIMINAL DIVISION

 3

 4   THE PEOPLE OF THE STATE OF MICHIGAN,

 5        v                                  File No. 07-24733

 6   KYRON DARELL BENSON and
     PAULA RENAI BENNETT,
 7
                        Defendants.
 8   _____/

 9

10                             AOI

11           BEFORE THE HONORABLE EDWARD EWELL, JR.

12             Detroit, Michigan - December 27, 2007

13
     APPEARANCES:
14
     For the People:   MOLLY KETTLER, ATTY. (P59877)
15                     Assistant Prosecuting Attorney
                       1441 St. Antoine
16                     Detroit, Michigan  48226
                       313-224-5777
17

18
     For Defendant Benson:  RAYMOND R. BURKETT, ATTY. (P30155)
19   For Defendant Bennett: WALTER A. WHITE, ATTY. (P27792)

20

21

22
     REPORTED BY:  Rochelle Waldrip, CSR 1299
23                 Official Court Reporter

24

25
```

1

```
 1                      TABLE OF CONTENTS
 2
 3   WITNESSES:  PEOPLE                                PAGE
 4   None called.
 5
 6   WITNESSES:  DEFENDANT
 7   None called.
 8
 9   EXHIBITS:                           IDENTIFIED  RECEIVED
10   None marked.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                         Detroit, Michigan
 2                         Thursday, December 27, 2007
 3                         At 10:50 a.m.
 4                           - - -
 5           THE CLERK:  This is Case Number 07-24733,
 6   People versus Defendant Number One, Kyron Benson.
 7           Mr. Benson is charged with homicide murder
 8   first degree.
 9           MS. KETTLER:  Good morning.
10           THE CLERK:  Hold on one second, please.
11           And also charged with Count 2, weapon firearms
12   possession by a felon.
13           Defendant Number Two, Paula Bennett.
14           Ms. Bennett is charged with Count 1, homicide
15   murder first degree and Count 3, felony firearm.
16           This is off Judge Michael Callahan's docket,
17   your Honor.
18           MS. KETTLER:  Molly Kettler on behalf of the
19   People of the State of Michigan.  P59877.
20           MR. BURKETT:  Good morning, your Honor.
21   Raymond Burkett representing Mr. Benson.
22           THE COURT:  Mr. Burkett.
23           MR. BURKETT:  In terms --
24           MR. WHITE:  Walter White on behalf of Ms.
25   Bennett.
```

```
 1                THE COURT:  Mr. White.
 2                MR. WHITE:  Walter White.
 3                MR. BURKETT:  On behalf of Mr. Benson we will
 4      waive formal reading and he will stand mute on those
 5      charges.
 6                MR. WHITE:  As also.
 7                THE COURT:  The Court will enter a plea of not
 8      guilty on behalf of both defendants.
 9                Next date I have listed is January 7, 2008.
10                MR. BURKETT:  Yes, your Honor.
11                MS. KETTLER:  Thank you, your Honor.
12                     (Proceedings concluded at 10:51 a.m.)
13                              - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2   STATE OF MICHIGAN  )
 3                     )
 4   COUNTY OF WAYNE   )
 5
 6              I certify that this transcript, consisting of 5
 7       pages, is a complete, true, and correct transcript of
 8       the proceedings and testimony taken in this case on
 9       December 27, 2007.
10
11
12                              _____
                                Rochelle Waldrip, CSR 1299
13                              Official Court Reporter
14   Date:  August 26, 2008
15
16
17
18
19
20
21
22
23
24
25
```