ORIGINAL

STATE OF MICHIGAN

IN THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

                     Plaintiff,      Case No. 07-24733-02

vs.

PAULA RENE BENNETT

                     Defendant.
_____/

CALENDAR CONFERENCE

Before the **HONORABLE MICHAEL J. CALLAHAN,**

**CIRCUIT COURT JUDGE FOR THE COUNTY OF WAYNE**

Detroit, Michigan – January 7, 2008.

**APPEARANCES:**

          MS. RAEIGEN WOODS
          Assistant Prosecuting Attorney

            On behalf of the People

          MR. WALTER WHITE
          Attorney at Law

            On behalf of the Defendant

          Jeffrey B. Goldsmith
          Official Court Reporter
          CSMR-0037

Processed
Notice of Filing Sent
Clerk

INDEX

WITNESSES: PAGE:

NONE

EXHIBITS: INTRODUCED ADMITTED

NONE

2

```
 1                            Detroit, Michigan
 2                            January 7, 2008
 3                    PROCEEDINGS
 4          THE COURT: This is the People versus Paula R.
 5  Bennett, 07-24733. Counsel?
 6          MR. WHITE: Your Honor, for the record, Walter
 7  White on behalf of Ms. Bennett.
 8          MS. WOODS: Good morning, Your Honor, Raeigen
 9  Woods on behalf of the People. I am standing in for Molly
10  Kettler.
11          THE COURT: This is the calendar conference, has
12  Ms. Bennett been arraigned?
13          MR. WHITE: Yes, she has, Your Honor.
14          THE COURT: What is the bond in the matter?
15          MR. WHITE: I believe it is a million dollars.
16          THE COURT: Was that arraignment the same as Mr.
17  Benson, that is, 12/27/07?
18          MR. WHITE: Your Honor, what?
19          THE COURT: What date was she arraigned?
20          MR. WHITE: I am sorry, Your Honor, my hearing
21  is sometimes leaves something to be desired. I believe that
22  is correct.
23          THE COURT: Motions time stamped by 2/4/08 will
24  be heard by this Court on 2/11/08. I have indicated that it
25  is a four day jury trial. The People have twelve witnesses
```

1  and in your case, how many witnesses for the defense?
2       MR. WHITE: At this time I would suspect three
3  or four.
4       THE COURT: I have signed the calendar
5  conference. The bond of a million dollars is continued, and
6  the parties can pick up their copies. Thank you.
7       MR. WHITE: I will be filing a bond motion in
8  this matter, Your Honor.
9       THE COURT: I am not aware that a person charged
10 with first degree murder can get bond. Well, we'll see that
11 when it comes.
12      MR. WHITE: Thank you, Your Honor.
13                          (Matter concluded)

4

```
 1   STATE OF MICHIGAN)
 2   COUNTY OF WAYNE  )
 3
 4       I, Jeffrey B. Goldsmith, Official Court Reporter for the
 5   Third Judicial Circuit of Michigan, do hereby certify that I
 6   reported the foregoing proceedings before the Honorable
 7   MICHAEL J. CALLAHAN, Circuit Judge on January 7, 2008; that
 8   the foregoing 5 pages constitutes a true and correct
 9   transcript of the proceedings so held.
10
11
12                              [signature] Jeffrey B. Goldsmith
13                              Official Court Reporter
14                              CSMR-0037
15
```