STATE OF MICHIGAN

IN THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

                                    Case No. 07-24733-02
                Plaintiff,

vs.

PAULA RENE BENNETT,

                Defendant.
_____/

MOTION

Before the **HONORABLE MICHAEL J. CALLAHAN,**

**CIRCUIT COURT JUDGE FOR THE COUNTY OF WAYNE**

Detroit, Michigan - February 11, 2008.

**APPEARANCES:**

                          MS. MOLLY KETTLER
                           Assistant Prosecuting Attorney

                          On behalf of the People

                           MR. WALTER WHITE
                           Attorney at Law

                           On behalf of the
Defendant                             Bennett
                         MR. RAYMOND BURKETT
                         Attorney at law

                         On behalf of Defendant Benson

                           Jeffrey B. Goldsmith
                           Official Court Reporter
                           CSMR-0037

INDEX

WITNESSES:                                                                    PAGE:

    NONE

EXHIBITS:                                                  INTRODUCED   ADMITTED

    NONE

Detroit, Michigan

February 11, 2008

PROCEEDINGS

THE COURT: People versus Paula Bennett.

MR. WHITE: Your Honor, I assume that we will have the same date?

THE COURT: May 6th it is. I have signed the final conference forms and I'll return them to the Clerk for the parties to sign for their clients.

The motion to quash is denied and the motion for separate juries is granted by the stipulation of the lawyers.

MR. BURKETT: Judge, do you voir dire the jury, or would we be allowed to do it?

THE COURT: Some of each.

MR. WHITE: Your Honor, do we have a deadline for requests for jury questions and/or exhibits?

THE COURT: No. But, I would be glad to have them before the jury panel is brought up.

MR. WHITE: Thank you.

THE COURT: Anything else?

MR. BURKETT: No. At this juncture we don't have a witness list yet. I am hoping to have it soon.

THE COURT: Thank you.

(Matter concluded)

STATE OF MICHIGAN)

3

COUNTY OF WAYNE )

    I, Jeffrey B. Goldsmith, Official Court Reporter for the Third Judicial Circuit of Michigan, do hereby certify that I reported the foregoing proceedings before the Honorable MICHAEL J. CALLAHAN, Circuit Judge on February 11, 2008; that the foregoing 4 pages constitutes a true and correct transcript of the proceedings so held.

                                            Official Court Reporter
                                            CSMR-0037