`````````STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF
MICHIGAN,

          Plaintiff,

-v-                            Case No. 07-024733-01
                                        07-024733-02

KYRON DARELL BENSON,
PAULA RENAI BENNETT,

          Defendant.
_____/

JURY TRIAL
VOLUME IV

Proceedings had before the Honorable MICHAEL J. CALLAHAN, Judge of the Third Judicial Circuit of Michigan, 703 Frank Murphy Hall of Justice, Detroit, Michigan 48226, on May 12, 2008.

APPEARANCES:

MS. MOLLY KETTLER
Attorney at Law

  On behalf of the Plaintiff

MR. RAYMOND BURKETT
Attorney at Law

  On behalf of Defendant Benson

MR. WALTER WHITE
Attorney at Law

  On behalf of Defendant Bennett

Jeffrey B. Goldsmith
Official Court Reporter
CSMR-0037

<u>INDEX</u>

<u>WITNESS</u>                                          <u>PAGE</u>

   MICHAEL LARVAIDAN

      Direct Examination by Ms. Kettler          3
      Cross Examination by Mr. Burkett          39
      Cross Examination by Mr. White           57


   KATHLEEN MCINTYRE

      Direct Examination by Ms. Kettler         74
      Cross Examination by Mr. Burkett         102
      Cross Examination by Mr. White          112


   JESSICA FRITZ

      Direct Examination by Ms. Kettler        118

<u>EXHIBITS</u>                 <u>MARKED</u>              <u>ADMITTED</u>

Plaintiff's #2              Prev.                    16

May 12, 2008

Detroit, Michigan

3

PROCEEDINGS

\*      \*      \*

THE COURT: Back on the record in People verses Benson and Bennett.

MR. BURKETT: Your Honor, Raymond Burkett appearing on behalf of the Defendant Benson.

MR. WHITE: For the record, your Honor, Walter White appearing on behalf of Ms. Bennett.

THE COURT: Are we ready for the juries?

MS. KETTLER: Yes, your Honor.

(whereupon the juries enter the courtroom)

THE COURT: Both the juries are present and properly seated. You can call your next witness.

MS. KETTLER: Thank you, your Honor.

MICHAEL LARVAIDAN

having been duly sworn on his oath at 9:25 a.m. by the Court was examined and testified as follows:

DIRECT EXAMINATION

BY MS. KETTLER:

Q     Good morning, Sir.   Would you please state your full name for the record?

A     Michael Larvaidan.

Q     Okay.   And Mr. Larvaidan, how old are you?

A     Twenty four.

Q     Alright.   I want to ask you, how long have you known the Defendant, Kyron

4

Benson?

A    A couple years.  Probably about four or five.

Q    Okay.  And how is it that you became acquainted-

          THE COURT: Would you pull that mic up there and speak into it?

          MS. KETTLER: If you could keep your voice nice and loud too that would be helpful.

Q    How did you become acquainted with him?

A    Playing basketball in like a local neighborhood.

Q    Okay.  And how would you describe your relationship with him?

A    It was cool.  We became friends, you know.

Q    Okay.  And did he come to you for advise at times?

A    It was like, I was older, you know.  So, like we used to talk about a whole bunch of ideas, different stuff.

Q    Okay.  Let me ask you this, Sir.  Shortly after you gave your statement to the police in April, did you receive a telephone call from the Defendant's grandmother?

A    Yes.

Q    Okay.  And did she talk to you about the case?

A    Kinda, sorta.

Q    Did she talk to you about getting a lawyer?

A    Yes.

Q    Did she tell you not to talk to the police?

A    No.

Q    Okay.  Did she say, don't say anything?

A    Well, she told me not to have any contact with the Defendant.

Q    Okay.   But she contacted you.   Is that right?

A    Yeah.

Q    And you were present at the preliminary exam when the Judge told the families not to have any contact with witnesses.   Is that right?

A    No.

Q    Okay.   You were not present at the preliminary exam?   Okay.   Has anybody from the Defendant's family called you over this last weekend?

A    No.

Q    Has the Defendant's attorney called you over this last weekend?

A    No.

Q    Okay.   Have you talked with anybody about the case over the last weekend?

A    No.

Q    Okay.   Thank you.   First of all, I want to talk to you about the actual evening and early morning hours when this happened.   I want to direct your attention back to October 5, 2007.   Did you have some telephone conversations with Kyron earlier, Kyron Benson, earlier in the day before you had contact with him?

A    Yes.

Q    Okay.   Do you remember whether he called you or you called him?

A    Not off hand I don't.

Q    Okay.   And about how many conversations would you say that you had with him during that day before you saw him?

A    Two or three.

Q    Okay.   And when you did speak with him, how would you describe his mood or

6

his demeanor?

A    A little upset.

Q    Okay.  And did he tell you what he was upset about?

A    Well, some items were stolen.

Q    Okay.  And did he tell you what those items were specifically?

A    Laptop, PS2 and some clothes.

Q    Okay.  And did he tell you whether or not he knew who stole those items from him?

A    Yes.

Q    Okay.  And who did he tell you those items were stolen from?  I mean, by. I'm sorry.

A    Stephanie.

Q    Okay.  Did you know Stephanie McClure before she was shot?

A    No.

Q    Okay.  Did you ever even meet her?

A    No.

Q    Okay.  And did he continue to talk to you about that topic during those repeated phone calls?

A    Can you repeat that?

Q    Yes.  You said you had two or three phone calls with him that day.  Is that right?

A    Yes.

Q    And did he talk about those items being stolen again and again?

A    Maybe like once.

Q    Okay.  And what, if anything, did he say on the phone that he was going to do

about it?

A   Well, he said he knew who had his stuff and he was going to get it.

Q   Okay.   And did he say anything about how he was going to get it or what he was going to do to get it?

A   Not really.

Q   On the phone?

A   He just told me he was going to get it.

Q   Okay.   And what was your response to his comments about that?

A   Well, he was angry.   So, I was basically telling him to calm down, chill out for a minute.   I'll get with him later on.

Q   Okay.   And you did talk with him a couple of other times that day.   Is that right?

A   Yes.

Q   Okay.   At some point then in that day, did you meet up with Mr. Benson?

A   Yes, I did.

Q   Okay.   And what caused you to meet up?   Was there a phone call?

A   Yes.

Q   Alright.   And do you remember who called who?

A   He called me.

Q   Okay.   And can you tell the juries about what time of day or night that was that he called you, the last phone call before you actually met.

A   Around 1:45, 1:50 in the morning.

Q   Okay.   And did he say anything more about what he was upset about on that phone call?

A   No.

8

Q      Okay.   Did you make a plan with him to meet him at a certain place?

A      Yes.

Q      And where is that place?

A      Kroger's.

Q      Okay.   Did you then, after that, meet up with him at Kroger's?

A      Yes.

Q      Where is that Kroger's located?

A      On Whitaker Road.

Q      Okay.   In what town or city?

A      Ypsilanti, Michigan.

Q      Okay.   In between the time when you talked on the phone about meeting up

       with him and the time that you actually met up with him there, about how much

       time passed?

A      Say that again.

Q      Okay.   In between the time when you talked with him on the phone and you

       guys agree that you're going to meet up and the time that you actually meet up,

       how much time passed in between?

A      About ten minutes.

Q      Okay.   And then were you in a vehicle or on foot when you met up with him?

A      Vehicle.

Q      And when you got to the parking lot, was there a particular area that you went

       to or how did you know exactly where he was in the parking lot?

A      Well, when I got to Kroger's I called him back.

Q      Okay.   And did you then meet up with him?

A      Yes.

9

Q    Okay.   Was he in a vehicle or on foot?

A    Vehicle.

Q    And who was with him if anyone?

A    Paula.

Q    Okay.   Who, first of all, do you recall what type of vehicle or what color vehicle
     it was?

A    Green.   I don't know what make.

Q    Okay.   And you mentioned that he was with Paula.   Who's Paula?

A    His girlfriend.

Q    Okay.   Do you see Paula in the courtroom today?

A    Yes, I do.

Q    Where is she sitting and what is she wearing?

A    A gray coat.

Q    Okay.   And just for the record, do you see Mr. Benson in the courtroom today?

A    Yes, I do.

Q    Where is he sitting and what is he wearing?

A    A black suit.

Q    Mr. Larvaidan, you don't want to be here today.   Is that fair to say?

A    Yes.

Q    And why is that?

A    Cause I really don't want nothing to do with the case.

Q    Okay.   But you understand that you're under oath and you have to tell the
     truth.   Is that right?

A    Yes.

Q    And as a matter of fact we discussed that fact before and you've indicated your

10

willingness to do that.   Is that right?

A    Yes.

Q    Okay.   When you met up with Mr. Benson and his co-Defendant, Ms. Bennett, where were they positioned in the car?   In other words, what seat was each of them in?

A    Kyron was in the driver's seat.   Paula was in the passenger.

Q    Okay.   And what happened at that point once you met up with them?

A    Still was going on about trying to go get his stuff back.

Q    Okay.   When you say, going on, describe for the juries what you mean by that.   What was his mood like, his demeanor and what was he saying?

A    Well, I mean he was angry.   Talking about going to kill her.

Q    Okay.   And specifically did you talk about how he was going to kill her?

A    He said something about shooting.

               THE COURT: Could you talk louder?   What did he say?

A    He said something about shooting her.

Q    What did he call her?   What did he call her?

A    A B, bitch.

Q    Okay.   Is there another name he called her that we talked about when we met?

A    A bro(ph).

Q    Do you remember him saying, I'm about to kill this hoe?

A    Yeah.

               THE COURT: Was that yes?

A    Yes.

Q    Is this while he's still in the car at the Kroger's?

A     Yes.

Q     Okay.   And what is Paula Bennett doing during this period of time?

A     She's just sitting there.

Q     Okay.   Did she say anything?

A     No.

Q     What's her demeanor like?

A     I mean, I really couldn't tell cause she was on the side of me.

Q     Okay.   So, when you got there, did you get in the car with Mr. Benson and Ms.
      Bennett?

A     Yes.

Q     And what part of the car did you get into?

A     I got in the passenger seat.   Paula got in the back.

Q     Okay.   And while Mr. Benson is going on about this, shooting or killing this
      woman and calling her names, what is your reaction to that?

A     Basically I was just-

             THE COURT: I can't hear you.   I can't hear you.

             MS. KETTLER: Keep your voice up nice and loud, please.

A     Basically, I was trying to talk him out of doing anything stupid.

Q     Okay.   And did you feel like there was something about your relationship that
      might make it possible for you to keep him from doing something stupid?

A     Yeah.

Q     Okay.   Have you been able to reason with him in the past?

A     Yes.

Q     Alright.   So, you're still parked in the parking lot at Kroger's when these
      conversations are going on?

12

A      What do you mean?

Q      The conversations about him saying he's going to kill Stephanie and you're trying to talk him out of it.

A      Like what do you mean?   Cause you just asked me, was I in the car?

Q      No, is the car still parked in the parking lot or is it moving by this point?

A      Moving.

Q      Okay.   Who's driving the car?

A      Kyron.

Q      Alright.   And so he's saying these things as the vehicle is moving away from the parking lot.   Is that right?

A      He said some stuff at the parking lot too, also.

Q      Okay.   And after the car's starting to move?

A      Yes.

Q      When did you first see that Mr. Benson had a weapon, a firearm, that night, if you recall?

A      When I was by Kroger's, at Kroger's.

Q      Okay.   Before you got in the car or after you got in the car?

A      Like right before I got in the car.

Q      Okay.   And how is it that you were able to see that firearm?   Where was it?

A      He showed me it.   He showed me.

Q      Okay.   And was he showing you this when he was talking about the fact that he was going shoot this hoe or this bitch?

A      Yes.

Q      This isn't easy for you, is it?

A      No, it's not.

13

Q     Where did you go from Kroger's?

A     Holiday West.

Q     And what is Holiday West?

A     A trailer park.

Q     Who drove the car there?

A     Kyron.

Q     Who told him to drive the car there as opposed to somewhere else?

                    MR. BURKETT: Judge, I'm going to object to that.   No, that's

okay.   Go ahead.

Q     Who told him to drive the car to Holiday West as opposed to somewhere else?

A     What do you mean?

Q     Who said, go to Holiday West?

A     Paula.

Q     Okay.   And by the way, before this happened, how well, if at all, had you

known Paula?

A     I met Paula through Kyron.

Q     Okay.   And so about how long before this event, how long had you known her

before this event?

A     Less than a year.

Q     Okay.   Do you have anything against Paula?

A     No, I don't.

Q     And after Paula told Kyron to drive to Holiday West, did he have to tell her

specifically how, I'm sorry, did she have to tell him the way to get there?

A     Well, I mean he knew where Holiday West was.

Q     Okay.   Once he got to Holiday West, what did Paula tell him, if anything?

14

A      Basically told him where to go.

Q      Okay.   And is Holiday West somewhere that you had been before?

A      Yes, I had a girlfriend who stayed at Holiday West.

Q      Okay.

A      A while back.

Q      Okay.   And do you recall previously when you met with Detective Toth and I looking at a diagram of Holiday West trailer park?

A      Yes.

Q      Okay.   I'm going to show you what's previously been marked, I mean, shown to both counsel and what's been marked as People's exhibit #2.   Is this a blown up version of that diagram that you looked at with Detective Toth and I?

A      Yes.

Q      Okay.   And does this accurately depict the general layout of the Holiday West Trailer Park?

A      Yes.

                    MS. KETTLER: Okay.   I'd move for the admission of People's exhibit #2.

                    MR. BURKETT: I have no objections.

                    MR. WHITE: I have no objections.

                    THE COURT: It's admitted.

Q      When you get to Holiday West, is Kyron Benson still driving the car?

A      Yes.

Q      Is Paula Bennett still in the back seat?

A      Yes.

Q      Okay.   And does she direct him to a particular place within the park to drive to?

15

A    Yes.

Q    Okay.   And do you recall what street that was or port?

A    Utah.

Q    Okay.   And as you are arriving in that car and approaching Utah, do you see someone outside?

A    Yes.

Q    By the way, about what time of the day or night is it by this point and time that you get to Holiday West approximately?

A    About 2:10, 2:15.

Q    Okay.   And I think you said you'd never seen Stephanie before.   Is that right?

A    Yes.

Q    Did someone draw your attention to her being in the area?

A    Yes.

Q    Who was that?

A    Kyron.

Q    Okay.   And what did he say?

A    That's her.

Q    Okay.   And where was Stephanie when Kyron said, that's her?

A    Outside in front of a car.

Q    In front of a car?

A    Like by the driver's door.   Walking to her house.

Q    Okay.   I didn't hear the last part.   You trailed off a little bit.

A    I said, by the driver's side door.   Like she just got out.

Q    Okay.   Was the door still open, if you recall?

A    Yes.

16

Q   Okay.   So, it appeared to you that she had just gotten out of the car.   Is that right?

A   Yes.

Q   Alright.   After Kyron said, there she is, what did he do?

A   I told him to drive off.

Q   Okay.   And after he said, there she is, did he say anything else about what he was planning to do?

A   No.

Q   Okay.   And you told him to drive off.   Is that right?

A   Yes.

Q   Where was the gun at this point, if you know?

A   I didn't see it.

Q   Okay.   But you had seen him with it at the Kroger store.   Is that right?

A   Yes.

Q   And it's five to ten minutes before this?

A   Yes.

Q   Alright.   After you told him to drive off, did he respond to you in any way?

A   He drove off.

Q   Okay.   Where did he drive off to?

A   He drove off the court and he made a right.

Q   Okay.   I'm going to ask you, if you would please, to step down here and I'm going to ask you to look at this diagram that you've looked at previously.   I'm going to ask you to, I'm handing you a yellow highlighter, can you highlight for me first the general area where you saw Stephanie near the car?   Okay.   And when you first see Stephanie, where is the car that you're in positioned?

17

Okay.   I'm going to give you a little-

THE COURT: I don't care, but I can't hear the witness at all now.

MS. KETTLER: Okay.   You got to keep your voice up nice and loud, please, Mr. Larvaidan.

Q    I'm going to give you a green pen right now.   I'm going to ask you to draw a little box where the vehicle was when you first saw Stephanie after Kyron said, there she is.   Okay.   And if you could, it's facing what way?

A    This way.

Q    Okay.   Can you draw an arrow towards the front?   Okay.   Alright.   So, you told him to drive off and he drove off a little ways.   Is that right?

A    Yes.

THE COURT: Can you speak louder, please?

A    Yes.

Q    Then what happened?

A    We made a right coming off Utah Court.

Q    Okay.   You said initially it was pointed this way.   Is that right?

A    Yes.

Q    How could he make a right out of Utah Court?

A    Cause it's a loop.

Q    Okay.   And so he turned around and made a right out of Utah Court?

A    Yes.

Q    Okay.   And at that point what happens?

A    Sitting there talking to him.   Basically telling him the same thing over again.

Q    Is he continuing to talk or are you just talking to him?

18

A     I'm basically talking to him, like-

Q     Is he saying anything?

A     No, not really.

Q     Okay.   Is the car stopped or still moving when you're talking to him?

A     Stopped.

Q     Okay.   Is Paula saying anything?

A     No.

Q     Alright.   What are you telling him in an attempt to get him to stop what he's doing?   Keep your voice up, please.

A     Basically reminding him just talk to her.   Don't do nothing stupid.   Think about what you're doing.

Q     Okay.   And the car's stopped at this point?

A     Yes.

Q     Where is the car?   I'm going to give you a blue marker and ask you to mark where the car is when you're stopped and you're talking to him.   Okay.   So, the blue mark is where the vehicle is stopped.   When you're stopped in that vehicle and you're talking to him, can you still see Stephanie?

A     No.

Q     Okay.   And at that point then, what does he do?   How long does it go on? Let me rephrase my question.   How long does it go on that you're talking to him and trying to get him to stop?

A     About five minutes.

Q     Okay.   And at the end of that five minutes, approximately, what happens?

A     He gets out of the car.

Q     Okay.   And when he gets out of the car what does he do?

19

A    He walks out and goes to the court.

Q    Okay.

             THE COURT: I couldn't hear him.   He walks out and what?

A    Went to Utah Court.

Q    You saw him walking in the direction of Utah Court?

A    Yes.

Q    Okay.   I'm going to give you a red pen now and I'm going to ask you to draw a dotted line in the direction you see him walking off in after he gets out of the car.   Okay.   Now, is there a certain point in time when you lose sight of Mr. Benson?

A    Yes.

Q    Okay.   And how soon is that after he walks off?

A    One or two minutes.

Q    Okay.   One or two minutes?   Like one hundred and twenty seconds you see him walking away?

A    I mean, I can't really put a time on it.

Q    Okay.   But you do lose sight of him.   Is that right?

A    Yes.

Q    But when you last see him, he's walking in the direction of Utah Court, correct?

A    Yes.

Q    Okay.   When he gets out, what does Paula do?

A    Gets in the driver's seat.

Q    Paula gets in the driver's seat?

A    Yes.

Q    Okay.   And she gets in the driver's seat?

A     Yes.

Q     And what does she do?

A     She sits there for a minute.

Q     Do you talk with her?

A     Yeah.

Q     And what does she say to you?

A     Basically we wasn't really talking about really nothing.   We just was-

Q     Small talk?

A     Yeah.

Q     Okay.   And so how long is it that you are sitting there talking with Ms. Bennett

       before something happens that catches your attention?

A     We sat there for about five minutes.

Q     Alright.   And then what happened?

A     We drove around.

Q     This place where the car was stopped, the blue marking where you were talking

       and trying to get Mr. Benson not to do anything, that's where the car still was

       when you got out?

A     Yeah.

Q     Okay.   And then you said you talked for a little bit of time with Ms. Bennett and

       did she move the car?

A     Yes, she moved the car.

Q     And where did she move the car to?

A     She went around this loop on Nevada.

Q     Okay.   I'm going to ask you to make kind of a dotted line with the way the car's

       going from that stop with this orange marker, please.   Okay.   And you go all

21

the way around?   Is that the whole distance it went?

A    No.

Q    Make the broken line to the place where she stops the car, please.

A    There actually wasn't a broken line-

             MR. BURKETT: Judge, I can't hear what he's saying now.

A    It wasn't a broken line.   It was a constant drive around the loop.

Q    Right.   I'm just asking you to do that, to mark it for us.   Okay.   And then if
you'll draw an orange box there where the car stopped after she drove around.
Or did it stop?

A    No, it didn't.

Q    Okay.   As you're driving around that big loop, and that's Nevada, is that
correct?

A    Yes.

Q    What do you hear happen or see happen?

A    Heard a bang, bang, bang.

Q    Okay.   What did it sound like to you?

A    Firearm.

Q    Okay.   And roughly how many shots do you think you heard?

A    Like three or four.

Q    Okay.   And after you hear those shots, what does Ms. Bennett do?

A    Starts crying.

Q    Okay.   And is she still in the driver's seat?

A    Yes.

Q    And what does she do at that point with regard to the car?

A    She was still driving.

22

Q      Okay.   And where does she drive from there?

A      Back around.

Q      Okay.   And can you make for me, I'm going to give you a, okay, I'm going to give you a green marker now and I'm going to ask you to put a big 'X' roughly at the place where the car was when you heard the shots.   Okay.   So after the shots are fired, you said Ms. Bennett continues to drive.   Do you see Mr. Benson again?

A      Yeah.

Q      And where are you positioned when you first see Mr. Benson again?   Okay.   I don't want to have two 'X's in green here, so can you make that like an asterisk, you know what I mean, a star?   Okay.   So, the green star is roughly where you hear the shots fired, correct?

A      No.

Q      Okay.   That's what I was asking you to mark.   What's at this spot with the green star?

A      This is the spot where I seen Kyron Benson again.

Q      Okay.   So, the green star is where you see Kyron Benson again.   I'm going to give you orange.   Make a star where you first, roughly where you were when you heard the shots fired.   I realize the car's moving, but the best you can.

A      Basically around the same spot.

Q      Oh, okay.   The green 'X' is where you heard the shot.   I apologize.   Okay. So, when you see Mr. Benson again, what does Ms. Bennett do?

A      What do you mean?

Q      Well, with regard to the car.   She's driving the car, correct?

A      Yes.

23

Q    And what happens when you see Mr. Benson?   What's he doing?

A    I seen him run to a nearby street.

Q    He's running?

A    Yes.

Q    Alright.   And what street is he running to?

A    I don't know.   He ran off the court and made a left on Wyoming.

Q    Okay.   I want to give you a, oh, let me back up for a minute and we'll come back to that.   Before the shots were fired, while you're driving around in this, well, you're riding, Ms. Bennett's driving in this big loop, did you see Stephanie again at some point?

A    Yes.

Q    And who did you see with Stephanie?

A    Kyron.

              MS. KETTLER: You gotta keep your voice up.

A    Kyron.

Q    And what did you see them doing?

A    Talking.

Q    Could you hear what they were saying?

A    No.

Q    Could you hear, was it yelling or regular?

A    It was regular talking.

Q    Okay.   Did you see anything in Stephanie's hand?

A    No, cause we were actually driving around.   I just glanced and seen them both standing outside.

Q    Okay.   And what's the lighting like around there?

A    It was kind of dark.   Probably a porch light.

Q    Okay.   And other than Mr. Benson, Kyron Benson and Stephanie, is there anyone else right there?

A    No.

Q    Just the two of them.   Is that right?

A    Yes.

Q    Is her car door open at this point or do you recall?

A    They was nowhere near the car.

Q    Okay.   When you see them talking, where are they positioned?

A    In front of her house.

Q    Okay.

            MR. BURKETT: Judge, I'm sorry.   I cannot hear that last answer.

A    In front of her house.

            MR. BURKETT: Alright.

Q    And which of these, if you know, which of these is the trailer that she was living in or staying at?

A    I don't even know.

Q    Okay.   But she was in front of a trailer.   Is that right?

A    Yeah.

Q    Okay.   Was she on the steps or the stoop or just out in front of it?

A    Out in front of it.

Q    Okay.   Could you see whether the door to the trailer was open or not?

A    No.

Q    Okay.   Alright.   Thank you.   Now, I'm going to go back to the spot where

25

you've driven around this big loop.   You hear shots and you said that you saw Kyron running back towards where you were.   Let me give you a red marker. I'm going to ask you to just draw a line with an arrow in the direction you saw him running from and where he was running towards.   Okay.   So, at this point in time, does he run to the vehicle that you're in or somewhere else?

A   Well, Paula was driving.   So, she drove.   Went down Wyoming Court.   He hopped in at Wyoming Court.

Q   Okay.   So, she had to drive further ahead to be in a place where he could get in the car.   Is that correct?

A   Yes.

Q   Okay.   And was he running fast?

A   Sort of.

Q   Running, not walking?

A   Right.

Q   And is he carrying anything in his hand at that point?

A   No.

Q   When he, being Mr. Benson, catches up with the car that Ms. Bennett is driving, what happens at that point?   You can go back on the witness stand.   Thank you, Sir.   When he gets to that car that you're, Mr. Benson, what happens at that point?

A   Drive off.

Q   Who's driving at that point in time?

A   Paula.

Q   Okay, is there a point in time when Paula gets out of the driver's seat and Mr. Benson gets in it?

26

A    Yes.

Q    Okay, when is that?

A    When we drop Paula off at her apartment.

Q    When Mr. Benson gets in that car, what place in the car does he get in?

A    The driver's seat.

Q    What does he say when he gets back in, if anything?

A    Say that again.

Q    Does he say anything when he gets back in the car?

A    No.

Q    Okay, what do you say?

A    I asked him basically why.

Q    Why?

A    Yes.

Q    Did he answer?

A    He told me he felt that he would have lost respect in him, in the hood.

Q    In the hood?

A    Yes.

Q    Alright, what did you say to him, you say, and it may be counter-intuitive to you, it may seem natural to you to say a swear word in Court but what did you say to him?

A    What do you mean?

Q    What did you say to Mr. Benson about Ms. McClure when he got back in the car?

A     I told him, I hope that bitch is dead.

Q     You said, I hope she's dead or he -

A     No, I said he better hope she's dead.

Q     And why is that?

A     Cause if she's not, he's going to jail.

Q     And what did he say in response to that?

A     He didn't say anything.

Q     Did you see the gun again when he got back in the car or was
      it hidden?

A     I didn't see the gun.

Q     Maybe my, I just want to make sure the record's clear.  When
      you have this conversation about him losing respect and you
      telling him you better hope she's dead or you're going to jail,
      is this still in the trailer park?  Is this right after he
      gets in the car?

A     When we were driving off.

Q     Okay, alright.  Does Paula say anything at this point?

A     No.

Q     Did you say anything else to him after you said that about
      you better hope she's dead or you're going to jail?

A     No.

Q     Alright.  Where did Mr. Benson drive the vehicle then when
      he left the trailer park?

A     He took me back to my car.

Q     Did you stop somewhere, I'm sorry, earlier you said Ms. Benson,

28

Ms. Bennett, sorry, drove to the apartment, is that right?

A    Yes.

Q    Did you all drop her off there?

A    Yes.

Q    Did you have any conversation with her at that point?

A    No.

Q    Alright, and from there who drove the car away from the, by the way, where was that apartment?

A    Harbor Club.

Q    In Belleville?

A    Yes.

Q    Okay.  And after that, who takes over driving the car?

A    Kyron.

Q    And where does he drive from there?

A    Back to my car.

Q    Okay, and that's still at the Krogers?

A    Yes.

Q    Did you have any conversations with him in between the time you guys drop off Paula and the time he gets you back to his car?

A    Well, basically I said it earlier, like why?

Q    Okay, so you're continuing to talk about why?

A    No, that was what I was saying on the way to Krogers.

Q    Okay, after you drop Paula off at the apartment?

A    Yes.

29

Q    Did he ever give you any answer other than he would have lost
     respect in the hood?

A    No.

Q    When he dropped you off then, did he drive straight to Krogers
     to drop you off from Paula's apartment?

A    Yes.

Q    Do you know where the gun is?

A    No.

Q    Did he tell you where the gun is?

A    No.

Q    Did you help him in any way to commit this crime?

A    No.

Q    Alright.  After you get back to your car then, what do you
     do?

A    Drive off.

Q    Where do you go?

A    Back home.

Q    Do you have any additional conversations with Mr. Benson about
     what happened that night to Stephanie?

A    Say that again.

Q    Did you have any additional conversations after that night
     with Mr. Benson about what happened to Stephanie?

A    No.

Q    Did you talk with him again about just whatever, did you see
     him again or talk to him on the phone after that night?

                              30

A   The next day.

Q   Okay, and what happened the next day that you happened, did you see him or talk to him on the phone?

A   Talked to him and seen him.

Q   Okay, and there was just no discussion at all of what had happened the night before?

A   No.

Q   Was that the last time you saw him or did you continue to see him?

A   I seen him Sunday night, too, also.

Q   Which Sunday night, oh, right after this happened?

A   Yes.

Q   Okay, after that, was that the end of it?

A   Yes.

Q   Have you gone to visit him in jail?

A   No.

Q   Have you written him any letters?

A   No

Q   Has he written you any letters?

A   No.

Q   Okay.  Now, initially you did not come forward, or right away, and tell the police what you had seen, is that right?

A   Yes.

Q   Well, in the beginning, did you come forward and tell the police what you saw?

31

A     No.

Q     Why is that?

A     Basically I didn't want anything to do with what was going
      on.

Q     And when you, you talked to the police on a couple of occasions,
      is that right?

A     Like what do you mean?

Q     Well, back in January, they tried to talk to you and tried
      to get you to tell them what had happened, is that right?

A     Yes.

Q     Alright, and did they read you your Miranda Rights at that
      point in time?

A     Yes.

Q     And in January, that was at the Sumpter Township Police
      Department, is that right?

A     Yes.

Q     Is your, what's your nickname?

A     Big Mike.

Q     Okay.  And at that point in time that you met with the police
      in January, you didn't tell them the truth about what happened
      that night, did you?

A     Say that again.

Q     When you talked with the police in January, you didn't tell
      them the truth about what happened, right?

A     Right.

32

Q    Because you didn't want to have anything to do with this, right?

A    Yes.

Q    I mean Kyron's your friend, right?

A    Yes.

Q    In fact, when you first talked with the police, you denied that you were even there that night, is that right?

A    Yes.

Q    Was there an additional occasion when you talked to the police at your place of employment?

A    Yes.

Q    Was that, do you recall what month that was in?

A    The end of last month.

Q    Okay, and when you talked to the police on that occasion, did they read you your Miranda Rights again?

A    Yes.

Q    And did you, at that point in time, tell them the truth about what had happened that night?

A    Yes.

Q    Why did you tell them the truth when you didn't initially?

A    Once again, basically I didn't want anything to do with it or anything, scared, I didn't know what to say.

Q    Okay, when you talked with the police in April, by that point in time did you know that you were going to be subpoenaed as a witness?

A    Say that again.

33

Q    When you talked with the police in April at your job, did you

     know that you were going to be subpoenaed as a witness?

A    No.

Q    Okay, did you become aware that you were going to have to come

     to Court and testify under oath?

A    Yes.

Q    Okay.  And so when you met with the police officers at  your

     job, did you tell them the truth at that point in time?

A    Yes.

Q    Did you have some discussions with your father about what was

     the right thing to do?

A    Yes.

Q    And what did your father tell you to do?

          MR. BURKETT: Judge, I'm going to object because

that would be purely hearsay what his father tells him.

          MS. KETTLER: I'll rephrase but I think it's, it's

not offered for the truth of the matter, it's offered as to his

credibility.

          MR. BURKETT: Judge, my objection still stands.

I mean that does not show his credibility.

          THE COURT: You can proceed, overruled.

Q    Did you have conversations with your father about what was

     the right thing to do?

A    Yes.

Q    And what did your father tell you to do?

                              34

A    Tell the truth.

Q    And when, you had previously met with myself and Officer Toth, is that right?

A    Yes.

Q    And did your father come with you at that point in time, too?

A    Yes.

Q    The gun that you saw in Mr. Benson's possession, was it a revolver or an automatic?

A    Revolver.

Q    This night that you met up with Mr. Benson and went over to Holiday West with him, was that day before that the first time that he talked to you about these stolen goods or had he talked to you on previous days about them?

A    What do you mean?

Q    Like October 5$^{th}$, you told us, that you talked with him on the phone and in the evening before you actually met up with him and he talked about the fact that things had been stolen from him, correct?

A    Yes.

Q    Was that day the first day that he talked with you about that, about things being stolen from him?

A    No.

Q    Okay, how much before that date had he talked to you about it on the phone?

A    A couple days before.

Q    Okay, and when he first started talking to you about it, did

     he tell you whether or not he knew who had done it?

A    No, he didn't tell me, he didn't know who did it.

Q    Was October 5th the first time that he told you that he knew

     Stephanie had done it?

A    Yes.

Q    Okay, nothing further sir.   Thank you.

                    THE COURT: Cross exam.

                    MR. BURKETT: Absent objection from you, I would

like to cross examine from here so I can see my jury.

                    THE COURT: So you can see your jury?

                    MR. BURKETT: Mr. Benson -

                    THE COURT: I don't want you very close to the witness

but go ahead.

                    MS. KETTLER: Do you want this down or up?

                    MR. BURKETT: Please, down.

                        CROSS EXAMINATION

BY MR. BURKETT:

Q    Good morning everyone.   Good morning, sir.

A    Good morning.

Q    Let me get a couple things straight, sir.   You are telling

     us you talked with his grandmother?

A    Yes.

Q    And you told the prosecutor this, correct?

A    My father told them.

                            36

Q    You never told her that you talked to his grandmother, did
     you?

A    I did, too, also.

Q    When?

A    When I got called to the precinct again.

Q    Okay, what night was that, sir?

A    It was last Monday.

Q    Last Monday?

A    Yes.

Q    Okay, do you recognize his grandmother?

A    Yes.

Q    Is she in Court today?

A    Yes.

Q    During the time that you spoke with his grandmother, sir, at
     any point in time did his grandmother ever ask you to come
     into a courtroom and say things that weren't true?

A    No.

Q    Is there any particular reason why you told the prosecutor
     and the police that his grandmother, you had talked with his
     grandmother?

A    Because when I made the statement, I was told that it would,
     you know what I'm saying, I'd be basically put out, what I
     said, and then all of a sudden I get phone calls that week.

Q    Okay, from?

A    His grandmother.

37

Q    His grandmother called you personally?

A    Called the house.

Q    No, did his grandmother call you, sir?

A    Yeah, she called the house.

Q    And you spoke with her?

A    I spoke with her once, yes.

Q    One time.  Okay now before his grandmother called the house,
     did you ever call his grandmother?

A    I called her that Monday after I seen him that Sunday, yes.

Q    Okay, and did you have a conversation with his grandmother?

A    Yes.

Q    And did you tell his grandmother that you were with him?

A    No.

Q    Okay, did you tell his grandmother that he had nothing to do
     with this?

A    Say that again.

Q    Did you tell his grandmother that he had nothing to do with
     this shooting?

A    I didn't say anything about a shooting.

Q    Okay, after he was arrested, sir –

A    Yes.

Q    Did you talk to his grandmother?

A    Yeah, that Monday.

Q    And you're saying you never told his grandmother that you were
     with him and he had nothing to do with the shooting?

38

A    I did not say anything about that.

Q    Okay, and sir, I'm not, sir, when you were divulging alln this
     information to the police, did you also tell the police, sir,
     that you called me?

A    No, I didn't.

Q    Okay, you didn't think that was important?

A    No.

Q    Did you tell me, sir, well first of all, when you called me,
     sir -

A    Yes.

Q    Did at any point in time I ask you to tell anything that wasn't
     true?

A    No.

Q    Okay sir, how many times did you call me?

A    Twice.

Q    Okay, and sir, when you called me the very first time, if you
     recall, I told you I was in court and couldn't talk to you.

          MS. KETTLER: Well I'm going to object to the counsel

     —

          MR. BURKETT: I'll withdraw that.

          MS. KETTLER: Purporting to testify himself rather
than eliciting it from the witness.

          MR. BURKETT: Something like the father was doing
when he gave him advice.  I think it's the same thing.

          MS. KETTLER: I'm also going to object to the

                              39

commentary.  I mean my understanding is we're supposed to make legal objections and responses.

        MR. BURKETT: I'll move past that.

Q  Sir, I asked you at some point, when you called me, sir, you did not know I was representing Kyron, did you sir?

A  No.

Q  And why did you call me, sir?

A  Well, I got, the police came to my job so word went around the job that the police came up to the job and I talked to a friend, a friend referred me to you, yes.

Q  Okay.  You called me on my cell phone?

A  Yes, because I guess that was the number he gave me.

Q  Okay, when did the police come to your job?

A  At the end of last month.  I can't remember, it was like roughly in the middle probably, like a Tuesday or a Wednesday.

Q  Okay, and a friend of yours told you to call me, correct?

A  Yes.

Q  Sir, at that point in time did you tell me that the police was harassing you?

A  No.

Q  Okay, or threatening you?

A  No.

        MS. KETTLER: Your Honor, my objection remains to counsel purporting to testify through his questions.  He's not under oath.  He should be asking the witness what he, rather than

saying didn't I say blah, blah, blah.

    MR. BURKETT: Your Honor, I did not say that.  I asked him, did he say these things.

    THE COURT: You can ask him the question.

    MR. BURKETT: Sure.

Q Sir, did you tell me, sir, that the police were threatening you?

A No.

Q Okay.  Now after that, sir, did you ever meet with me?

A No.

Q Okay, did you refuse to meet with me?

A You mean like you asked to meet with me and I didn't even return your phone call.

Q Okay, alright.  Did anybody tell you, sir, not to meet with me?

A No.

Q Okay, now when you were talking to the police, sir, did anybody, were you told by the police or the prosecutor that if you assisted in any way, you could be charged with  first degree murder?

A Say that again.

Q Did the police or the prosecutor ever tell you, sir, that if you assisted in any way, you could be charged with first degree murder?

A No.

<div align="center">41</div>

Q    Did the police or the prosecutor ever tell you, sir, that even
     if they didn't charge you, the federal government could charge
     you for violation of civil rights?

            MS. KETTLER: Your Honor, I'm going to object as
to the relevance of this.  It also seems to be a thinly veiled
attempt to threaten this witness to recant.

            MR. BURKETT: Judge, it goes to his motive why he
would come in here and testify.

            THE COURT: Well, the question was did anyone suggest
the federal government would charge you?

            MR. BURKETT: For violation of Stephanie McClure's
civil rights.

            THE COURT: He answered no.  Then I got the
objection.  It seemed like it was late so go on to something else.

            MR. BURKETT: Thank you.

Q    Sir, true or false, as you sit here today you don't know whether
     Kyron killed Stephanie, do you, sir.

A    That's true.

Q    He never told you he killed Stephanie, is that the truth, sir?

A    I mean not plainly saying, you know what I'm saying, I killed
     her.

Q    Okay, I want to talk to you for a second, sir, in terms of
     the gun.  You saw a gun, true or false, when you were in a
     Kroger parking lot?

A    Yes.

                              42

Q    You never saw that gun after that, did you?

A    No.

Q    When he got out of the car, you can't tell this jury or this
     jury that he got out of the car carrying a gun?

A    That's true.

Q    When he got back in the car, when he got back in the car, sir,
     you can't tell either one of these juries that he got back
     in that car with a gun, correct?

A    That's correct.

Q    And on the way, on his way back, sir, he never said, I did
     it or anything to that effect, correct?

A    Correct.

Q    Now, when the police talked to you, sir, you signed a statement.
      Do you recall that statement, sir?

A    Yes.

Q    And it's, I don't know, about nine or ten pages long.  Do you
     recall that, sir?

A    Yes.

Q    Now before the police questioned you, sir, regarding that
     statement, they asked you, did they not, for you to tell them
     everything you knew about this incident, is that correct, sir?

A    Yes.

Q    And they also told you it is extremely important not to leave
     anything out, isn't that true, sir?

A    Yes.

                          43

Q    Okay, at no time, sir, when you talked to the police did you
     tell them that you saw Stephanie outside the car in your
     statement, did you sir?

A    Say that again.

Q    At no time did you tell the police that you saw Stephanie outside
     that car, did you, sir?

A    Outside of what car?

Q    The outside of her car in that trailer park?

A    In my statement I did say that I seen Stephanie outside the
     car but also, I also said that Kyron pointed her out to
     me -

Q    You said that in your statement?

A    Yes, I did.

               MR. BURKETT: Permission to approach the witness.

Q    I'm going to show you what I think is your statement.  And
     what I'd like for you to do, sir, is take a look and tell me
     if that's the statement that you wrote?

A    Yes.

Q    And you signed each page, correct?

A    Yes.

Q    Sir, a few minutes ago, I think I heard you say that you did
     not know who Stephanie was prior to that shooting?

A    Correct, I never seen Stephanie before.

Q    And you told that to the police, correct?

A    Yes.

                              44

Q   And you told that to them on January 31st, correct?

A   Yes.

Q   And then when the police told you they didn't believe you, you told the police oh, I forgot, I do know her.  Do you recall that, sir?

A   No.

Q   You don't recall that?

A   I mean that's, I mean, you're trying to confuse me now.

Q   No sir.  Let me ask the question again to make sure you're not confused.  They questioned you on January 31st of this year, correct?

A   Yes, correct.

Q   You told the police, I don't even know Stephanie.

A   Right.

Q   Correct.  Once the police told you, we think you're lying, you then told the police, you know what, I forgot, I do know her.  Do you recall that, sir?

A   I heard of the name but I never seen her face.

Q   Did you tell the police, sir, on January 31st that you did know Stephanie?

        MS. KETTLER: Your Honor, I'm going to object.  If he's going to impeach the witness, I think the witness has a right to examine the statement that counsel's -

        THE COURT: Well he's laying the foundation.  So I'll allow the answer.  He may be able to read the statement but

                              45

right now he asked him about prior knowledge of Stephanie.

Q    Do you remember the question, sir?

           THE COURT: Ask him again.

Q    Sure.  Sir, just give me one second.

           MR. BURKETT: May I approach the witness?

           THE COURT: What are we doing now?

           MR. BURKETT: I'm going to show him his statement.

           THE COURT: For what purpose?

           MR. BURKETT: For purposes of impeachment.

           THE COURT: And so what –

           MR. BURKETT: Asking him did he not tell the
police –

           THE COURT: Well what are you going to want him to
do with the statement, find it?

           MR. BURKETT: To refresh his memory.

           THE COURT: You're going to ask him to read the
statement?

           MR. BURKETT: To himself.

           THE COURT: Ladies and gentlemen, take a fifteen
minute break.  Provide him both statements.  We'll be done with
this eventually.  Fifteen minute break.

           (Whereupon the jurors were excused for a short break)

                      –    –    –

           (Whereupon the jurors entered the Courtroom)

Q    Sir, you've had an opportunity to read your statements, is

                              46

that correct, sir?

A   Yes.

Q   Okay, let me start with the last statement that you gave.
Do you have it in your hand there?

A   Yes.

Q   Okay, now you told us that you were told to put everything
important in that statement, correct?

A   I was told to put everything in the statement.

Q   Yes, okay, and you said that you put in that statement that
Kyron pointed Stephanie out when he drove by, correct?

A   Right.

Q   And that you later saw Kyron talking with Stephanie, correct?
That's what you testified to.

A   Yes.

Q   Would you read that part of the statement where that's in,
sir, in the handwritten statement.

A   It's not in the statement.

Q   It's not in the statement.

A   Right, because these are -

Q   Well wait a minute, wait a minute.

A   Can I -

Q   No.

          MS. KETTLER: I'm going to ask the witness not be
cut off.

          THE COURT: There's no reason for everybody to talk

47

at once.

       MR. BURKETT: I asked him to read, that was in his statement.  He says it's not in his statement.  I'm going to my next question.

A   Can I, sir, can I finish what I was going to say?

       THE COURT: No.

Q   So even though that was important, sir, you never put that
    in your statement, correct?

A   The reason –

Q   Yes or no?

       THE COURT: I thought you were going on to another question.

       MR. BURKETT: Oh, no, no.

       THE COURT: He said he didn't put it in his statement. And you said I'm going on to another question.

       MR. BURKETT: Okay.

Q   Sir, I will.  Sir, when is the last time that you spoke with
    these detectives or this prosecutor?

A   The Monday before the start of the trial.

Q   When we broke Thursday, did you speak with them then, when
    we broke Thursday?

A   I was told to be here at nine o'clock Monday morning.

Q   Okay, sir, the –

       THE COURT: The question he asked you was after the session on Thursday, did you speak with the prosecutor or the

detectives?

A    No.

Q    Okay, the map that you were pointing things out on, sir, -

A    Yes.

Q    Was today the first time you saw that map?

A    No.

Q    When did you first see that map?

A    Monday before the trial.

Q    Okay.  You spoke with, where did you see that map at, sir?

A    At the Sumpter Police Department.

Q    Okay, and did you talk with the detective at that time?

A    The detective and the prosecutor.

Q    Okay, that was the, last Monday, a week ago today?

A    Yes.

Q    Okay, did they tell you things that you should be sure to say or things that you should not say?

A    No.

Q    Did you ever tell them that you never saw Kyron kill anybody?

A    That is correct, I did not see him.

Q    Okay, did you tell it to these prosecutors?

A    Yes.

Q    And did you also, sir, tell them that the only time you saw Kyron with that gun was at Krogers?  Did you tell them that, sir?

A    Yes.

49

Q   Did you also tell them, sir, that when he got out of that car
    and got back in that car, you don't know whether or not he
    had a gun.  Did you tell them that, sir?

A   I didn't see a gun, no, I didn't.  But I said, say that again.

Q   I'm asking you what you told the police and the prosecutor?
     Did you tell them that when Kyron got out of the car at that
    trailer park and got back in the car, you never saw a gun?

A   Correct.

Q   Now sir, when you met with the prosecutor and these detectives
    at the Sumpter Police station, sir, what time was it?

A   Five thirty.

Q   And how long did you meet with them?

A   Probably about an hour, hour and a half.

Q   Hour and a half.  And during that hour and a half, sir, what
    did you discuss?

A   Everything about my statement.

Q   About your statement?

A   Yes.

Q   And that's all you discussed was about your statement?

A   I was asked if anybody tried to contact me.

Q   Okay, sir, when you finished giving that statement, sir, isn't
    it true that the detective asked you sir, is this everything
    you know about this case?  Didn't they ask you that, sir?

A   Like when, what do you mean?

Q   When you gave them those statements.

                              50

A    Well one of the statements was –

Q    No, you can answer that.

A    No, but I'm –

       MS. KETTLER: I'm going to ask the witness not be interrupted when he's answering.

       MR. BURKETT: Because he's not answering my questions.

A    I'm about to answer your question.

       MS. KETTLER: He wasn't even finished.

Q    Did you answer my question.

       THE COURT: The people were good enough to elect me three times but nobody gave me a crystal ball.  How do I know what he was going to say and how do I know if he was going to answer your question?  How do I know that?

       MR. BURKETT: Okay.

Q    Sir, listen to my question.  When you finished giving your statement, did the police tell you, sir, is this everything that you know about this case, yes or no?

A    Well, can I explain to you on one of the statements –

       MR. BURKETT: Judge, this is what –

A    I wanted to talk to the prosecutor before I wrote a statement down.  The first statement was questions and answers.  The reason, and then yes, I did also say I heard about Stephanie –

       MR. BURKETT: Judge, I'm objecting to this.  This

is not my question to him.  My question was straight up.  Did the
police ask you was this everything you had to say.

               THE COURT: Can you answer that question?

A   Yes.

Q   Okay, and you told them yes, this is all I know about this
     case, correct?

A   Yes.

Q   And how many times have you talked to the prosecutor?

A   I talked to her on Monday, basically to tell her I was on my
     way to the courthouse.  The only time I really talked to her
     was on Monday.

Q   Now, the other question that I had asked you previously was
     that when you were first interviewed by the police, you told
     the police that you denied knowing Stephanie, true?

A   I did say that I did not know her.

Q   Okay, is it also true that the police told you, sir, that we
     don't believe you and at that juncture, you stated oh, I forgot,
     I do know her.  Is that a true statement, sir?

A   I said -

Q   No, -

A   Hold on, I'm going to tell you what I said.

Q   I'm not asking that.

               MS. KETTLER: I have an objection.  I object to
counsel a, cutting off the answers and b, telling the witness he
can only answer yes or no.  I don't think that's proper.

MR. BURKETT: With all due respect, I can, I have every right to ask that witness to answer these questions yes or no.  And if I don't want him to expound on something, that's my prerogative.  I'm the one here doing the questioning.  He don't sit up and start lecturing.

THE COURT: Well what is the question?

Q   Do you recall the question, sir?

A   The question was did I recall saying that I knew Stephanie McClure?

Q   Yes, and that's a yes or no answer.

A   Well in my statement I specifically wrote, I said Kyron told me that Paula allowed Stephanie to live in her house.  That's the only knew abouts of her.  I never see her or anything.

Q   Did you know, sir, any of Stephanie's friends?

A   No.

Q   Okay, did you know any of Paula's friends?

A   No.

Q   You've stated that you have been to that trailer park before, is that correct, sir?

A   She didn't stay in a trailer park, she stayed in an apartment.

Q   Sir, that was not my question to you.  My question was did you say you had been to that trailer park before?

A   Yes.

Q   Okay.  Did you know where Stephanie lived?

A   No.

53

Q    That's it, Judge.

      THE COURT: Cross exam.  Mr. White, any questions?

      MR. WHITE: Yes.

        CROSS EXAMINATION

BY MR. WHITE:

      MR. WHITE: If it would be possible, I'd like to
set up a map, exhibit 2.

      THE COURT: Do we have exhibit 2?

Q    Now I'm going to take you back to -

      THE COURT: Nice and loud.

Q    I'm going to take you back to the map of the area that evening.
   Now had you, you indicated to Mr. Burkett that you've been
   into this trailer park before, right?

A    Right.

Q    Never over to Stephanie's house?

A    Right.

Q    Now did you indicate to the prosecuting attorney that you'd
   gone all the way down to the end of this court where Ms. McClure
   lived, you'd driven it all the way down, Mr. Benson had driven
   it all the way down to here?

A    Yes.

Q    Okay, so he drove it all the way down to the end of the court.
   Now driving that, did he drive right by Stephanie McClure?

A    Well, at that time she might have been in the car. When we
   turned around, he pointed and said, there she go, right there.

Q      Okay, so you drove, or he drove right down to the end of her
       street and turned around at the little dead end and then came
       back out, correct?

A      Right.

Q      And then it's your story that the vehicle stopped right here?

A      Yes, he made a right.

Q      Right turn immediately right by the first house, it was stopped,
       is that what you're telling us?

A      It was roughly around that area, I can't remember offhand.

Q      And then you tell us that this is where Mr. Benson got out
       and headed back down the court?

A      Yes.

Q      And that Ms. Bennett drove the vehicle around Nevada Court
       to here, right?

A      Yes.

Q      And then somewhere along by this corner, you heard shots?

A      Correct.

Q      Okay.  Now where were you, you told us you saw Ms. McClure,
       where was the car when you saw Ms. McClure?

A      Like if you, like when you drive past, can I get up and show
       him?

                    THE COURT: Sure.

Q      Yeah, go ahead.

A      When you drive past, if you look to the right around here,
       you were able to see two people.

                                55

Q   Alright, so you were, you can have a seat.  So these are trailers, this is a trailer park, right?

A   Correct.

Q   And so your testimony is that you looked from Nevada Street between maybe, I've got the numbers but it's somewhere between 384, 387, between one of those trailers?  But your view was down this way between one of these trailers, right?

A   Right.

Q   Okay.  Now, is it your testimony that Ms. Bennett told Mr. Benson what street to turn down or did he just see Stephanie from the end of the street?

A   He was told to turn down that street.

        THE COURT: Well the question was did she tell him?

A   Yes, she told him.

Q   Alright, did she say anything else?

A   No.

Q   Alright, did she give you any other directions to get to the apartment complex or the trailer park or did he know how to get to the trailer park?

A   I mean she directed him when he got into Holiday West.

Q   Okay, she directed him after he got into Holiday West but not before?

A   Correct.

Q   Okay, now you say that Ms. Bennett was in the car when you got into the vehicle at Krogers?

56

A   Correct.

Q   And she moved from the passenger's seat to the back seat?

A   Correct.

Q   Alright, you got in the passenger's seat.  At what point did Kyron show you a gun?

A   At Krogers.

Q   At Krogers, was it in the car?

A   Yes.

Q   Okay, so he pulled a gun out.  Where did he have the gun?

A   I don't know where he had the gun.  I mean he showed me the gun and that was it.

Q   Was it on his person or in a glove box or the console, door, where?

A   I mean, I don't know where he had it to be honest cause he showed me the gun and that was it.  I mean -

Q   Did he hold it up like this or hold it up -

A   Like I said, he showed me the gun and I don't know where he put it.

Q   Okay, did he show it to you with his left hand or his right hand?

A   I, the left, I'm assuming, the left.

Q   And so he put it down someplace and you never saw that gun again, right?

A   No.

Q   And what was the lighting like in the parking lot where you

57

were sitting?

A    I mean it was dark.  I mean, like I said when I looked to my right and seen two people, all it was was probably a porch light if that.

Q    Okay, now when you saw the gun, you said it was revolver, how were you able to tell if it was a revolver if the lighting was poor?

A    I said I seen the gun at Krogers.

Q    Oh okay, at Krogers the light was good enough to tell it was a revolver?

A    Right.

Q    Approximately how, what color was it, black or silver?

A    Silver.

Q    Silver?  About how big was it?

A    I don't know what caliber it was.

Q    Little, big?  Did it have a six inch barrel or a little stubby barrel?

A    I don't, I think it was like a snub nose or something.

Q    Wouldn't it be fair to say that you don't really have a clear recollection of the details of the gun you saw?

A    That's correct.

Q    Okay, now you at that point went over to Ms. McClure's place.  Now initially Kyron said he was, just wanted to get his stuff back, right?

A    Say that again.

58

Q   At first Kyron said he wanted to get his stuff back, right?

A   Where at?  You just said at Paula's house or something.

Q   No, I said Ms. McClure's house, Stephanie's house.

A   Okay.

Q       And they were going over there to get their stuff, right? That's what he said first?

A   Right.

Q   And when did he say he was going to do her violence, that he was going to kill her?

A   I mean, at Krogers.

Q   Okay, was it, were you in the car or outside the car?

A   I was in my car actually at first and I got into his car.

Q   Okay, was he standing outside your car?

A   No.

Q   Okay, so when he told you that, was Paula where you would have expected her to hear that?

A   Yeah, she was in the passenger seat.

Q   Alright, now why did you get in the car with him?

A   My reasoning was to try to talk him out of doing anything stupid.

Q   Alright, and did you really expect he was going to kill anybody?

A   No.

Q   Alright, now how long did it take to drive over to the trailer park?

A   About ten minutes.

Q   Okay now did Kyron go back and forth between saying he was

just going to get his stuff back and he was going to do violence
or did he always just say he was going to do violence?

A   Well I mean basically I was talking the whole way, going to
the trailer park basically think about what you're doing, just
talk to her, try to get your stuff back.

Q   And what did he say when you told him to just talk to her?

A   He really didn't saying anything at all.

Q   Okay.  And so after you said that to him, did he say he was
going to, he was still going to kill her no matter what you
said?

A   No.

Q   Now when he got out of the car and left for her place, did
you leave and try to call the police?

A   Where was I going to leave to?

           THE COURT: Answer the question.

Q   Yes or no?

A   Say that again.

Q   Did you leave the call and try and contact the police or anyone
else?

A   No.

Q   Did you have a cell phone on you?

A   Yes I did.

Q   Alright, now when you were sitting there in the car with Paula,
did she say anything about what was going to happen to you?

A   No.

Q    Alright, what did you talk about?

A    Just small talk like basically I was saying I think he's just going to go talk to her.

Q    Did she disagree with you?

A    No.

Q    Alright.  Now you told us that she, that Kyron had parked the car around the first corner, right?

A    Yes.

Q    And that Paula then drove around Nevada Street?

A    Yes.

Q    Alright, now you had a chance earlier to read your statements to refresh your recollection.

A    Okay.

Q    Does it ever say anywhere that Paula drove that car around Nevada Street?

A    My statement towards the prosecutor on that Monday, I told her that, yes.

Q    But in the written statement you made to the police, it doesn't mention that the car was driven, right?

A    Correct.

Q    Okay, in fact you told the police that Kyron got out of the car, right?

A    Correct.

Q    And then you said the police asked you what happened next, correct?

61

A    Correct.

Q    And your response was me and Paula were sitting in the car
when I heard bing, bing, bang, right?

A    Correct.

Q    You didn't mention a word about Paula driving that car anywhere,
did you, the police –

A    In my verbal statement, I did say that.

Q    That day?

A    Yes.

Q    Okay, well let's talk about your verbal statement.  Now you
said you didn't want to get involved in this.  You were in
the car with Paula and Kyron, right?

A    Correct.

Q    You knew that Paula had sat in that car with you when Kyron
got out of the car, right?

A    Correct.

Q    And you knew Paula had been charged with first degree murder,
right?

A    What do you mean.

Q    You knew she'd been charged with murder, just like Kyron, right?
You knew that.

A    Like I don't know her charges.

Q    When did you find out that Paula had been charged with murder?

A    All I knew at first, people around the town was telling
everybody what was going on.

Q   Okay, but at some point early on, say in October last year, you knew she was charged, too, right?

A   Correct.

Q   And so you never voluntarily went to the police, right?

A   Correct.

Q   And the first time the police came to you, you told them you hadn't been there, right?

A   Correct.

Q   And then they came to your work and they said something, a statement you'd made in the car after the shooting in the effect of, you better hope the bitch is dead that let you know that they knew you were in the car, correct?

A   Say that again.

Q   You knew when they gave you that quotation that they knew you'd been in the car, right?

A   What quotation?

Q   What?

A   Say the quotation again.

Q   That you told Kyron you better hope the bitch is dead?

A   Correct.

Q   Okay, now this was at your work, right?

A   Yeah, my job.

Q   Now did you go back to the police station to make this statement or did you make it in a conference room at your job?

A   At the conference room on my job.

63

Q    Now who all was in the conference room with you?

A    Officer Toth and Czinski.

Q    Okay, now did they give you a Miranda warning?

A    Yes.

Q    Did they tell you you were free to leave?

A    Yes.

Q    Did they tell you you were not going to be charged with anything?
     Did they ever say, you're not going to be charged with
     anything?

A    They told me I was being subpoenaed as a witness.

Q    No, no, I'm not talking about being subpoenaed.   I'm talking
     about in that conference room with them, did they say you're
     not going to be charged with anything after they gave you that
     Miranda warning?

A    No.

Q    Did they tell you you could be charged with something?

A    No.

Q    They never said you could be charged with anything?

A    I mean it was, everything was moving so fast.   I'm like –

Q    Okay, now did they tape record your conversation with them?

A    I didn't see one.

Q    Okay, you didn't see any video tape equipment either, right?

A    No.

Q    Now you have this written statement.   How long did you talk
     to these detectives before that written statement was prepared,

                               64

half an hour, an hour?

A   About half an hour maybe.

Q   Okay and so after half an hour, you're ready or there's a written statement made, right?

A   Correct.

Q   Okay, now did you write out the written statement or did the officers write the questions and you wrote the answers or did you just sign the answers?

A   The officer wrote out the questions.  I wrote the answers.

Q   Okay, and so this wasn't like you just wrote out your statement. Did you ever just write out your statement of what happened?

A   No.

Q   Now they wrote out the questions.  You wrote out the answers. And they put in there the fact that we just sat there, you and Paula just sat there in the car.  Did you tell them that that was wrong, that actually Paula had driven around?

A   All I did was answer the questions that were put on the paper.

Q   Alright, so you didn't tell them anything more than that?

A   In my verbal statement, I told them –

Q   You're talking a verbal statement a week ago today, right?

A   Yes, at my job.

Q   Okay, so you're telling me you told them a lot more than what's on this paper?

A   Right.

Q   Was everything you covered when you were interrogated by these

officers written down on these pages of paper or were these just the answers to the questions they wanted you to answer?

A   Those were the questions that they gave me.  I answered them.

Q   Alright, so you may have told them all kinds of other stuff but they didn't write down a question so you didn't answer the question on paper, right?

         MS. KETTLER: I'm going to object to the way that's phrased.  It calls for speculation.

         MR. WHITE: I don't think –

         THE COURT: Overruled.

Q   Did you tell them other things of importance that were not on these pages?

A   Like I said before, I answered everything that was on the paper.  I mean –

Q   Okay, now is this your full and complete statement at least as far as the answers to the questions are concerned?

A   Yes.

Q   Alright, and the pages are numbered, correct?

A   Correct.

Q   Where's page eight?  Why is there no page eight in here?  I'll show it to you if you want to see it.

         MR. WHITE: If I can approach the witness.

Q   You just look in the upper right corners of the pages of your written statement.

A   I mis-numbered it.

66

Q    So you're the one who put the numbers on these pages?

A    Yes.

Q    So there's no missing page, this is complete?

A    Correct.

Q    Alright, so there's nothing you said that isn't really covered by this statement, correct.

A    Say that again.

Q    So this statement covers what you wrote out and what you signed, correct?

A    Yes, the questions they were to ask.

Q    Alright.  And in those pages you never put down that you'd seen Stephanie and Kyron talking, did you?

         MS. KETTLER: I'm sorry, I didn't hear the question.

Q    I said in the pages he never put down that he'd seen Kyron and Stephanie talking, had he?

A    Not in that statement, no.

Q    Is there another statement that you wrote out?

A    Well there was a verbal statement with the prosecutor Monday before the trial.

Q    Alright, and that's when this new information came out?

A    Well I told them the same thing I told them at the job that I told her at the precinct when I met up with her on Monday before the trial.

Q    Alright, so what you're telling us is that this is not complete?

A    I completed, like I said before, I completed the questions

67

that they put on the paper for me.

Q   Now you indicated in your statement that you and Paula just were waiting around the corner and you heard shots, correct?

A   Yes.

Q   That's what it says in the statement.  How long was it from the time that Kyron parked that car til you heard shots?

A   About five minutes.

Q   And did you keep track of it on your watch or anything or is that just a guess?

A   That's an estimate.

Q   Okay, and isn't it true that Kyron got back in the car at exactly the same place he got let off or got out?

A   He got picked up on Wyoming.

Q   How far from the spot where -

A   That's the first street on the left.

Q   Okay, but that's not what your statement says, is it?  And you said you talked to the police and the prosecutor for between one and one and a half hours last Monday?

A   I talked to the prosecutor and the officer Monday before the trial.  Yes, it was about like an hour, hour and a half.

Q   And that was the first time you mentioned or stated any of these other details, right?  It was, wasn't it?

A   I mean I talked to the police at my job.  They came to my job.  I told them everything I knew.  I also told them that I would like to talk to the prosecutor about what I wrote, everything

68

that was said.  That's why they set up that meeting Monday

before the trial to go over my statement, what I had said.

Q    Now did you tell the police on the 21st at your job about Paula

driving the car around?

A    Yes.

Q    Then why do you think it isn't in this statement?

MS. KETTLER: I'm going to object.  That's a

mis-characterization.  It is in his statement.  So I'm going to

ask that he shows the statement to the witness.

Q    Do you still have a copy of the statement in your hands?

MR. WHITE: May I approach the witness.

MS. KETTLER: Page four.

Q    Now look at all your statements on page four.  Just read them

quietly and refresh your recollection.  Tell me when you're

done.

A    Alright.

Q    Does it say anywhere on that page that Paula drove the car

until after the shots were fired and Kyron ran to the car?

A    Yes, it does say he ran to the car.

Q    And she drove, correct?

A    Yes, and I did say she was in the driver's seat, yes, I did.

Q    But nowhere does it say she drove before that, does it?

A    No.

Q    Thank you.  I have no further questions at this time.

THE COURT: Anything else?

69

MS. KETTLER: Just one second Judge, I'm sorry. No, nothing further.

THE COURT: Thank you.  You can step down.  You're free to go.  Call your next witness.

(Whereupon the witness was excused at 11:21 a.m.)

KATHLEEN MCINTYRE

having been duly sworn on her oath at 11:21 a.m. was examined and testified as follows:

DIRECT EXAMINATION

BY MS. KETTLER:

MS. KETTLER: May I proceed, Judge?

THE COURT: Yes, please.

MS. KETTLER: Can you pull that microphone close to you, please.  I'm going to ask you to keep your voice up nice and loud Ms. McIntyre.

Q    Would you please state your full name for the record?

A    Kathleen Melissa McIntyre.

Q    And how old are you?

A    I'm seventeen years-old.

Q    And what is your relationship to Paula Bennett?

A    Friend.

Q    Okay, how long have you been friends with her?

A    Since about the seventh grade I would say.

Q    And what about Jessica Fritz?

A    Friend, mutual to Paula.

70

Q   Okay, and what Breanna Kandler?

A   Mutual friend through Paula.

Q   Okay, would you say, who are you closest to of all of them?

A   Paula.

Q   Okay, and do you know someone named Rita Merry?

A   Yes.

Q   And what's her relationship to Paula?

A   That's Paula's cousin I believe.

Q   Okay, do you know the other Defendant, Mr. Benson?

A   Yes.

Q   I want to, first of all, just lay a little background here. You have refused to talk with the police about your knowledge of the murder of Stephanie McClure, is that correct?

A   Yes.

Q   You have on a number of occasions refused to talk to the police about what you heard or saw in the days leading up to that, her being murdered, is that right, more than once?

A   Yes.

Q   In addition, you have refused to come and give a statement to the prosecutor's office about your knowledge of that case, is that right?

A   Yes.

Q   And during the time that Ms. Bennett has been in jail, your mother has talked with her on the phone repeatedly many times, is that correct?

71

A    Yes.

Q    And, in fact, your mother also told –

          MR. BURKETT: Judge, now I'm going to object to anything the mother said because it's merely hearsay.

          THE COURT: Overruled.

Q    Isn't it also true that your mother would talk on the phone with Paula while she was in jail while you were right there?

A    No, she would tell me to leave the room.

Q    Oh, well sometimes you were in the room, though, weren't you?

A    Sometimes, but she would tell me –

Q    I asked you about that –

          MR. BURKETT: Judge, she's cutting the witness off and I'd really like to hear what she said.

          THE COURT: Oh, I would, too.  Repeat the answer.

A    Sometimes, our house is in a circular type shape so if I walk through the house, I would walk through to my room and she would be sitting in the living room but she would tell me to leave.

Q    Well in fact there were times that your mother would allow you to communicate with each other without you getting right on the phone, right?  You'd be like, Hi Paula and she'd be like, Hi Katie, right?

A    No, there was one time where I said, I love you Paula.  And that was it.

Q    Okay, so that did happen?

A    Once.

Q    Okay, and in addition, you were aware that your mother told
     Paula she could send a letter to her and it would get to you,
     you know what I mean, right?

A    No, I do not.

Q    You weren't present in the room when that went on?

A    No, I'm sorry.

Q    Did you receive a letter from Paula through your mother?

A    It wasn't a letter, it was a picture and it said, I love you,
     Katie.

Q    So you did receive that.  Paula sent it to your mother and
     your mother gave it to you, right?

A    I did receive it, yes.

Q    Okay, and you were aware that the Judge had said you shouldn't
     be having contact with her.  That's the whole reason why you
     weren't talking to her on the phone, right?

A    I was aware of that but I wasn't aware that she was sending
     me a letter.

Q    Okay, I didn't ask you about that.

A    I'm sorry.

Q    You were aware, my question was, you were aware, were you not,
     that you were not to be communicating with Ms. Bennett because
     you were potentially a witness in the case, is that correct?

A    Yes.

Q    But nonetheless your mother allowed that to happen anyway,

                              73

a written communication, is that right?

    MR. WHITE: Your Honor, at this point I'm going to have to object on grounds of relevancy unless we lay some foundation.

    MS. KETTLER: It goes to her credibility as a witness, Judge.

    THE COURT: Well, there's some question about whether the witness is hostile is not.  I'll allow the answer.

Q Your mother, nonetheless allowed you to receive a written communication from the Defendant in this case, Paula, is that right?

A Can you rephrase that to where I can understand it?

Q Did your mother allow you to receive a written communication from the Defendant?  You've already testified you received a picture through your mother from Paula, right?

A Yes.

Q Okay, with writing on the back?

A There was no writing except for Katie, I love you and that was it.

Q That's writing, right?

A Yes.

Q You have a pretty strong opinion about this case, is that right, about whether your friend should be prosecuted, is that correct?

A I believe that that's for the Court to decide.

Q   Okay, but you have not wanted to participate in this process
    at all, would that be a fair statement?

            MR. BURKETT: Your Honor, I'm sorry, I think that's
totally irrelevant.  She's subpoenaed and she's here.  Her wants
and desires are irrelevant.

            THE COURT: Overruled.

Q   Is that true?  Do you need me to repeat the question?

A   Yes.

Q   You have made it very clear that you do not want to participate
    in this process from the beginning, is that correct?

A   From, to a certain extent, yes.

Q   Well, how have you participated besides coming under a court
    order?

A   I don't understand the question.

Q   You have not wanted to participate in this process, yes or
    no?

A   Yes.

Q   Okay, yes, that's correct, you don't want to?  Alright.

            THE COURT: I didn't hear the answer.  Back up.
What is the answer?

A   No, I don't want to participate.

Q   Thank you.  I want to direct your, well let me ask you some
    background questions first.  I understand that you're a very
    close friend of Paula.  What are your feelings about Mr.
    Benson?

                            75

A    I did not know Kyron on a very personal level before this
     happened and I think that, I mean, I don't know.

Q    Would you consider him a friend of yours as well?

A    Definitely not.

Q    Okay, why do you say definitely not?

A    Because of the things that he did to Paula.

Q    Okay, so you have a poor opinion of him because you think he
     treated your friend poorly, is that right?

A    I disliked him for the things that he did.

Q    Okay, alright.  I'm going to direct your attention back now
     to October 5th of 2007 or early October.  Were you aware at
     a certain point in time that, of Paula allowing someone to
     live in the apartment that she paid for other than Kyron?

A    It was my understanding that she was only staying there for
     a little bit.

Q    Okay, stay, live, lay her head there and keep some of her things
     there, right?  You need to answer out loud.

A    Yes.

Q    And who was that person?

A    Stephanie McClure.

Q    Okay, and were you ever present in the, when Ms. Bennett and
     Mr. Benson had discussions about the fact that she was allowing
     Stephanie to stay there?

A    No.

Q    Okay.  Did you at some time become aware that some items had

been stolen from your friend's apartment?

A  Yes.

Q  And who made you aware of that?

A  Paula did.

Q  Okay, and can you tell me do you think, if you can recall, how close in time to the time when Stephanie was murdered did Paula tell you that these items had been stolen by Stephanie?

A  It was a Thursday.

Q  Okay.

A  It was the Thursday before the weekend.

Q  Okay, did you, initially when she said things were stolen, when you first learned they were stolen, did you know who Paula thought had done it?

A  Yes.

Q  Okay.  Now you at some point became aware of the fact that Stephanie was murdered, correct?

A  Yes.

Q  Okay, and how did you become aware of that?

A  Someone called Paula.

Q  Okay, was that the morning, later in the morning after it happened?

A  Yeah, the morning that it happened.

Q  Okay.  Now, so you, so I'm asking you that now to fix this in time when this happened.  I'm going to ask you some questions about the day and the evening before Stephanie was shot at

77

this point, alright?  You with me so far?

A   Yes ma'am.

Q   At some point in time that day did you come into contact with Paula?

A   Which day are you talking about?

Q   The day before Stephanie was murdered?

A   What day was that?

Q   I'm directing your attention, again, you've indicated to us that you know that later on on October 6th someone called and you became aware Stephanie had been murdered.  Now I'm asking you about the night, the day and the night leading up to the time when Stephanie was murdered.

A   Friday.

Q   Did you, I'm not going to put words in your mouth.  I'm asking you, you don't have to tell me what day it was.  I'm asking you on that day before she was murdered, did you have contact with Paula?

A   Yes.

Q   Okay, and where did you first come into contact with Paula?

A   She came up to my job at Klucks.

Q   Okay, and when she came there, who was she with, if anyone?

A   Breanna and Jessica Fritz.

Q   Okay, and listen carefully to my question.  I don't want you to tell me what was going on with regard to the stolen items at Klucks?

78

A   No, I don't, no.

Q   Did Paula, your testimony is that at Kluck, Paula said nothing about this situation concerning the stolen items?

A   I don't, honestly, I do not remember.

Q   You don't remember, okay.  What about, do you remember Jessica Fritz saying anything about it at Klucks?

A   I don't remember.

Q   What about Breanna Kandler, do you remember her saying anything about it?

A   No, I don't remember.

Q   Alright.  How long did you all stay there at Klucks together before one or all of you left?

A   They got there around -

Q   Who's they just for the record?

A   Jessica, Paula and Breanna got to, they were picking me up from work so we could go back to Paula's house.  We were supposed to go bowling but Kyron wanted her to come home.

Q   So they come to pick you up.  Do you have some conversations there at Klucks before you leave there?

A   I don't remember.

Q   Okay, after, so they came there to pick you up and did you actually leave with all of them?

A   Yes ma'am.

Q   Whose vehicle?

A   Breanna's.

79

Q   And while you're in the vehicle leaving Klucks and on the way to wherever you're going, was there conversation at that point in time about the stolen items?

A   I don't remember.

Q   You don't remember.  Well let me ask you this, do you remember Paula ever telling you anything -

A   Yes ma'am, I do.

Q   About the stolen items and what was going to be done about them?

A   She -

Q   Don't tell me what, I'm just asking you right now, yes or no, do you remember her saying -

A   Yes, yes ma'am.

Q   Alright.  What about Ms. Fritz, do you remember her talking to you about might be done about these stolen items?

A   No.

Q   What about Ms. Kandler?

A   No.

Q   Did you at any point in time go to Rite Aid with Paula and anybody else to talk to her cousin, Rita?

A   We did that weekend but I cannot remember specifically what day it was.  It was possibly Saturday or Sunday.

Q   Do you remember if it was before Stephanie got killed or after?

A   I believe it was after.

Q   Okay.  Is that something that you would frequently do, go with

80

Paula to see her cousin?

A   On occasion.

Q   Okay, and did you then when you left Klucks and you're riding in Breanna's car, you said you were going back to Paula's apartment, is that right?

A   Yes.

Q   Was Paula with you at that point in the car?

A   Yes.

Q   And when you arrive back at her apartment, do you go in?

A   No.

Q   Why not?

A   Because Kyron wasn't there yet and he had the keys and we couldn't get in.

Q   Okay, so you're waiting for him to get there with the keys, is that right?

A   Yes ma'am.

Q   Do you remember about how long, well, did he get there eventually with the keys?

A   Yes.

Q   And do you remember about how long you stayed there waiting for him to get there with the keys?

A   We left Klucks about 9:15 and we probably stayed outside til about 10:00, 10:30.

Q   Okay, and while you stayed outside, is there a particular area in that apartment complex that you stayed at?

81

A   Yes ma'am, we were at the playground.

Q   Okay, and what were you all doing there?

A   Smoking weed.

Q   And about how much weed did you have to smoke there?

A   Probably about a blunt.

Q   A blunt?  Between how many girls?

A   Me, Paula, Jessica and Breanna.

Q   And is that something you've done before, smoke marijuana?

A   Yes ma'am.

Q   Okay, so one blunt between the four of you, did that make you so high you didn't know what was going on around you?

A   No ma'am.

Q   You knew what was going on around you?

A   Yes ma'am.

Q   Okay, when Kyron eventually did show up with the key, what happened at that point.

A   He let us inside and we all went up to the apartment.

Q   Okay.  I'm going to ask you some questions now about what happened when you went into the apartment and I don't want you to tell me about what anybody said unless I specifically ask you that, okay?

A   Yes ma'am.

Q   Alright, when you went in the apartment, you were let in by Defendant number one, Mr. Benson, is that right?

A   Yes ma'am.

82

Q   And when you first went in there, what were you all doing?

A   When we first went in, Paula had just gotten a new pitbull puppy.  I'm not, it might have been Kyron's or hers but she asked where the dog was at.  And we were looking for it and Kyron said check in the freezer.

Q   Okay.  Do you remember me just saying don't tell me what anybody said.

A   I'm sorry, I apologize.

Q   You've never done this before, is that accurate to say?  Alright, so are you all looking for the dog?

A   Yes ma'am.

Q   And Kyron said something and then after that you said he said look in the freezer.  What do you see Kyron do then after he said that?

A   Go to the freezer.

Q   Did he go directly to the freezer?

A   I think so but I don't really remember.

Q   Did anybody else say anything about looking in the freezer besides him?

A   No.

Q   And did you see him open the freezer?

A   Yes ma'am.

Q   And did you see him take something out of the freezer?

A   Yes ma'am.

Q   What did he take out of the freezer?

83

A    He took out a backpack.  It was a small tie string backpack and it had a box inside of it?

Q    What kind of box?

A    It was some kind of cooking utensil box.

Q    Okay, and when he took that box out, did you, were you able to see what it was without something happening to it?

A    No one wanted to look inside of the box.  Everybody was scared.

Q    Okay, who, did someone open the box?

A    Kyron did and I looked inside the bag.

Q    And what was inside the bag?

A    I saw the top of the dog's nose.

Q    Okay.  At that point in time, how did Paula react?

A    Paula was freaking out.

Q    Okay, when you say freaking out, tell me –

A    She was hysterically crying.  She was hysterical.

Q    Okay.  Had you had any indication that the dog was missing at all before you all went in the apartment?

A    No ma'am.

Q    Okay.  And so did the people who were in the apartment, you, Katie, Jessica, I'm sorry, you're Katie, Katie, Jessica, Breanna, Paula and Kyron are in the apartment, is that right?

A    Yes ma'am.

Q    And so once you see that this dog is in there, how does the Defendant, Mr. Benson, react to that?

A    He immediately blames it on Stephanie.

84

Q   Okay, and what was his demeanor like?

A   He was very hostile.

Q   Okay.  Did he express any sadness over the dog being dead?

A   No.

Q   Alright, and did you try to make some, did you all try to figure out what to do about this little dog's corpse?  I mean what do you do with a dead dog?

A   I'm not sure, I'm not really sure whose idea it was but I remember Paula saying we can't throw it away at the apartment complex because everybody will see it.  Everybody knows that it's our dog and then, you know –

Q   Okay.

A   So we decided to take it out to a barn on some road.

Q   Did Kyron Benson give any suggestions about what should be done with the dog.

A   He was the first one to say get rid of it.

Q   Did he say how it should be gotten rid of?

A   I don't remember.

Q   Alright, so you took it to a barn, is that right?  Or you decided to take it to a barn, is that correct?

A   Yes ma'am.

Q   Is that correct?

A   Yes ma'am.

Q   Who went there to do that?

A   Me, Paul, Jessica and Breanna.

85

Q   Okay, where was Mr. Benson when you left the apartment to do that?

A   I have no idea.

Q   Okay, you don't know if he stayed at the apartment or left before you left?

A   I think he was there when we left.

Q   Okay.  Alright, and so who drove?

A   Breanna.

Q   And best you can, can you tell the juries where this barn is located?  You know what road it's on?

A   I think it's out by Textile or Button.

Q   Okay, and is this in, what community?

A   It's in Ypsilanti Township, I'm pretty sure.

Q   Did you, before you left with the dog, did you change what it was in or anything or just take it as it was?

A   We put it inside of a laundry basket and they put a towel over it, over the box and stuff.

Q   Okay.  And who actually left the dog there, if you know?

A   I'm not, I don't really remember.

Q   Okay, but you remember that all of you went there, is that right?

A   Yes ma'am.

Q   After you left the dog there, then, what did the four of you do at that point?

A   We went back to Paula's apartment.

86

Q    Okay, and were you able to go right in then?  Did you have
     a key?

A    No, Paula didn't have a key.

Q    Okay, did you go anywhere else before you went to the apartment?

A    Yes.

Q    Okay, and where was that?

A    We stopped at the Dairy Mart on Textile Road.

Q    Okay, and so at this point, still the four of you in Breanna's
     car?

A    Yes ma'am.

Q    And did you see anybody there that you knew at the Dairy Mart?

A    Kyron was there and he had an altercation with some boys that
     I didn't know personally but I guess Paula and Jessica and
     Breanna knew them from school.

Q    Okay, and were you able to see or did you actually see this
     going on?

A    We pulled up, I guess there was like a, they bumped each other
     with a car but we pulled up right after it happened.

Q    Okay, and what did you see going on then when you pulled up?

A    Kyron talking to them.

Q    How as he talking?

A    I don't remember.  I mean I couldn't hear him.  I was inside
     of the car with Breanna.

Q    Observing him, was it a normal conversation?  Describe his
     demeanor, if you can?

                              87

A    He seemed angry.

Q    Okay, and was he yelling in a, I mean was he talking in a regular voice or yelling, if you know?

A    I didn't hear him.

Q    Okay, and how long does this altercation with the boy or boys in the parking lot go on?

A    From when we got there, probably about ten minutes.

Q    Okay, ten minutes more and it was in progress when you got there?

A    Yes ma'am.

Q    Did you see Kyron at any point in time leave the immediate area of the altercation and go anywhere else?

A    He went to his car.

Q    Okay, and what did you see him do at his car?

A    He pulled out a gun.

Q    Okay, did you see that?

A    Yes ma'am.

Q    Okay, and what did he do with the gun after he pulled it out?

A    He stuck it in his pants.

Q    Okay.  And what did he do then?

A    He walked back over to the boys.

Q    And did the verbal altercation at that point continue?

A    I think it ended briefly after that.

Q    Alright, so you're still there with your friends and Paula in the car, is that right or did Paula get out of the car?

88

A    Paula got out of the car.

Q    And where was she at the, while you're stopped there at the Dairy Mart?  After she got out, where did she go?

A    She got in Kyron's car.

Q    Okay, after this altercation ended, what happened, did Paula come back with you or did you leave or what happened?

A    No, she left with Kyron.

Q    Okay, she left in a vehicle with him?

A    Yes ma'am.

Q    What kind of vehicle or what color if you can recall at all?

A    It was green.

Q    Okay.  And so then it's just the three of you girls, Breanna, you and Jessica?

A    Yes ma'am.

Q    Okay, and where do you, where do you plan to go from there?

A    Paula gave us her keys to her apartment for us to go back there.  I was under the impression that those two were going to have sex.

Q    Well you don't know what they were going to do, right?

A    I didn't know exactly what they were going to do but that's what I thought.

Q    Okay, so you got the key and where do you all go from there?

A    We go back to Paula's apartment.

Q    And when you go back to Paula's apartment, are either she or Kyron there?

89

A    No ma'am.

Q    Alright, and what do you do when you get back there?

A    After we get back there, Breanna leaves.

Q    Okay, did she come back in the apartment or did she just drop you all off and leave?

A    I really don't remember.  I don't think she came back into the apartment but I don't remember.

Q    Now let me ask you this before we go into what went on at the apartment.  After this incident at the Dairy Mart while you're riding back in the car, do you remember Jessica or Breanna telling you about any conversations they, or any statements Kyron had made earlier in the day?

A    No ma'am.

         MR. WHITE: I'm objecting on the grounds of hearsay, your Honor.

         THE COURT: Overruled.

Q    Okay, so they never said anything to you?

A    No ma'am.

Q    Okay, once you get back to the apartment and the three of you go in there, what do you do then?

A    We sit down and just sit there and wait for them to come back.

Q    Are you guys discussing, I mean you've seen some pretty wild stuff his day, right?  I mean are you discussing what's going on?

A    We were talking about the dog.

90

Q    Okay, and did that cause you some concerns?

A    Yes, it did.

Q    Don't tell me what it was but did you girls have an opinion about who had killed the dog?

A    Yes ma'am.

Q    Okay.  And what about this incident in the Dairy Mart parking lot did you talk about that amongst yourselves at all?

A    Not while we were at the apartment but when the gun was pulled, I think it was Breanna, she was sitting in the front seat because she was driving and she turned back and she looked at me and she said, did you see that?

Q    Okay.  Is that the only conversations you had about it in the car?

A    Yes ma'am.

Q    Alright.  Up until this point, do you know whether or not Kyron knows Stephanie's the one who stole the things?

A    I think, I know that he thought that she did but I didn't know for sure that if she did.

Q    Okay, that's what I'm asking you, if he thought she –

A    Yes ma'am.

Q    Did he express that to you?

A    Yes ma'am.

Q    And when did he express that to you?

A    After they came back to the apartment.

Q    Okay, did he say anything about the stolen things like right

91

after he took the puppy out of the freezer, if you recall?

A   I don't remember.

Q   Okay, while you three are there waiting for Mr. Benson and Ms. Bennett to come back, about how long is it before they do come back?

A   Probably about twenty minutes or so.

Q   Okay, and when they come back, they both come into the house, I mean the apartment?

A   Yes ma'am.

Q   Alright, so at that point in time, is it just you, Jessica, Mr. Benson and Ms. Bennett in the apartment?

A   Yeah, I think so.

Q   When they first came back?

A   Yes, I think so.

Q   And Breanna's not there, she's left, right?

A   I think so.

Q   And what are you doing?

A   We're sitting there.

Q   Doing what, anything?

A   Kyron's yelling at Paula.

Q   And what is he yelling at Paula?

A   About how stupid she was for letting Stephanie into the apartment.

Q   Does he say anything else about his belief or does he say something about his belief that Stephanie stole the things?

92

A   Yes.

Q   What does he say?

A   He says, I'm gonna kill this bitch.

Q   Okay, was that shocking to you?

A   No.

Q   Okay, well, I don't mean to attack you by asking this but you'd
    seen the gun by this point, right?

A   Yes ma'am.

Q   Did it ever occur to you to call the police after you heard
    him threaten to kill somebody when he had a gun?

A   I knew Kyron carried guns and honestly I didn't think that
    he was stupid enough to shoot somebody.

Q   Okay, did you think he was capable?

A   Yes, cause he shot somebody before.

        MR. BURKETT: Judge, I'm going to object to all this.
    This is irrelevant.   I mean she's trying to solicit bad acts and
    I think it's totally impermissible.

        MS. KETTLER: That's not what I was asking her to
    tell me.   I'll move on.

Q   But you didn't call the police?

A   No ma'am.

Q   Did anyone else there call the police?

A   No ma'am.

Q   Okay.   How long do you stay there at the apartment with all
    of, with Kyron yelling at Paula how stupid she is and saying

                                93

he's going to kill this bitch?  How long does that go on?

A    It goes on for a while.

Q    Okay, are we talking about minutes, hours?

A    Probably about an hour or so.

Q    Okay.  And what happens to stop this?  I mean does someone leave?

A    I went to sleep.

Q    Okay.  Where is this yelling and whatnot going on, what part of the apartment?

A    In the livingroom.

Q    And you went to sleep where?

A    In the spare bedroom.

Q    Okay.  And when you go to go to sleep, this is still going on in the livingroom?

A    That's why I went to sleep.  I turned on the fan so I couldn't hear them screaming at each other.  Paula was crying and he was yelling at her.

Q    Can you tell the juries approximately what time it was that you went into the bedroom to go to sleep?

A    It was around 12:00 o'clock or 12:30.

Q    At night?

A    Yes ma'am.

Q    Okay, is it safe to say that that's the last thing you remember going on that night or did you wake up again later and make other observations?

94

A    I take sleeping pills.  I was on medication so when I did go

     to sleep, I was out.  But I do remember the fact that I woke

     up in Paula's bed the next morning.  So I must have moved but

     I do not recall.

Q    Okay, you said you take sleeping pills.  Is that something

     that's prescribed for you by a physician?

A    Yes ma'am.

Q    Alright, and does the fact that you take sleeping pills make

     you unable to know what's going on around you when you're up

     during the day?

A    Not during the day, no ma'am.

Q    Okay, did you take the pill after you heard Mr. Benson make

     these comments or before?

A    After.

Q    Okay.  Does that fact that you took a sleeping pill impact

     at all on your ability to remember what happened that night?

A    No ma'am.

Q    Okay.  So when you wake up in Paula's bed the next morning,

     what causes you to wake up?

A    I woke up naturally.

Q    Okay, and what's going on then?  Who's there, who's awake,

     who's sleeping?

A    I wake up.  I come out of Paula's bedroom.  I look in the room

     that I was sleeping in to figure out, and Ricky Wren and Jessica

     Fritz are sleeping in the same bed together and so then I leave

                                    95

and go to the livingroom and Paula's sleeping on the couch.

Q   Okay, is Kyron there?

A   No ma'am, no.

Q   And Ricky Wren is who or was who to Jessica at that time?

A   Was Jessica's boyfriend at the time, I believe.

Q   Okay, and do you know what time he got there to the apartment?

A   No ma'am.

Q   Okay, were you present in the apartment when Paula received a phone call then regarding Stephanie?

A   Yes ma'am.

Q   Okay.  After you learned that Stephanie had been murdered did you continue to have contact with Paula?

A   Yes ma'am.

Q   Okay, and did Paula talk to you about what happened that night that Stephanie was killed?

A   No ma'am.

Q   Okay, were you, in fact, present with Paula when she was arrested by the police?

A   Yes ma'am.

Q   So you knew, is it accurate to say that you knew she was locked up in connection with the killing of Stephanie McClure?

A   Yes ma'am.

Q   And nonetheless you refused to talk to the police about what happened?

A   Yes ma'am.

Q    Oh, and by the way, was Stephanie McClure, before she died,
     what was her relationship to you, if any?

A    I knew her.

Q    Okay.

A    She was a friend through Paula.

Q    Okay, but again, of all these females we've discussed, would
     you be closest to Paula of all of them?

A    Yes ma'am.

Q    Okay, I have nothing further.  Thank you.

                    THE COURT: For Mr. Benson.

                    MR. BURKETT: Thank you.

                         CROSS EXAMINATION

BY MR. BURKETT:

Q    Ms. McIntyre, I just have a few questions that I want to go
     over with you.  Let me know if you don't understand them, okay?

A    Yes.

Q    The dates that I'm talking about now are back last October.
      During that time period, ma'am, were you taking, other than
     a sleeping pill, any drugs, any other type of drugs?

                    MS. KETTLER: I'm going to object as to the relevance
     of that unless it's more narrowly tailored.  I don't believe it's
     any of counsel's business.

                    MR. BURKETT: Well Judge, now I'm asking, I cleared
     about saying the dates that I'm talking about and I want to know
     during that period of time was she taking any drugs that might

                               97

affect her ability to really know what was going on.

MS. KETTLER: That's a different question and I have no objection to that.

A    Any drugs that would affect my ability to –

Q    No, no, no.  Were you taking other drugs, strike that.  Were you taking any illegal drugs?

A    Marijuana.

Q    That's the only one?

A    Yes sir.

Q    And ma'am, you don't drink, do you?

A    On occasion.

Q    Okay, had you been drinking that day?

A    No sir.

Q    So I take it that you don't drink that much?

A    No sir.

Q    Okay, so back in October of last year, you never sought help for any drinking problem?

MS. KETTLER: Objection.  What's the relevance of that?

MR. BURKETT: Your Honor, it goes to her credibility.

THE COURT: I sustain the objection.

MR. BURKETT: Sure.

Q    I take it from your testimony that you don't like Kyron?

A    Not personally, no.

Q    Yes, that's what I mean.  Okay, you chose not to talk to the

98

police, correct?

A   Correct.

Q   And you weren't going to tell the police anything to aid Kyron, correct?

A   Can, I don't understand.

Q   Yes, your refusal to, why did you refuse to talk to the police?

A   Because I was asserting my Fifth Amendment Right.

Q   Your Fifth Amendment Right –

A   My right to remain silent.

Q   Okay, and did you think that if you talked to the police you would say something that would make you criminally?

A   I did not know, that's why I wanted to talk with my lawyer first.

Q   Okay, you talked with your lawyer.  And then after you talked with your lawyer, did you talk to the police?

A   No.

Q   Okay, why?

A   Because I was advised by my lawyer not to do so.

Q   Good enough, okay.  I'd like to discuss with you, ma'am, the altercation that you referred to at the Dairy Mart.

A   Yes sir.

Q   At that juncture at the Dairy Mart, ma'am, you say that there was a large, was it a large altercation?

A   No.

Q   How many people were involved?

A    Three.

Q    And the three people being?

A    Kyron and two other white males.  I don't know who they are.

Q    Okay, and you don't know what the altercation was about?

A    I think it was about –

Q    No, do you know what it was about?

A    Yes.

Q    Did you hear what it was about?

A    No.

Q    Okay, did Kyron tell you what it was about?

A    I think he told Paula and Paula told us.

Q    No, okay, my question was did Kyron tell you –

A    He didn't tell me, no, not personally, sir.

Q    Okay, and I think that you've already told us that you couldn't hear anything that was being said?

A    No.

Q    Okay, did you see Kyron act in a threatening manner to any of the two white males?

A    He looked angry.

Q    Okay, now when a person looks angry and you can't hear what they're saying, tell me how do they look?

A    Hostile body language.

Q    Like, show me?

A    Stepping in someone's personal space.

Q    Beg your pardon?

100

A   Stepping in someone's personal space.

Q   Okay, was his fist balled up?

A   I don't remember.

Q   Okay, did he put his hands on the other persons?

A   No sir.

Q   Ma'am?

A   No.

Q   Okay, did he draw back his hands like he was going to hit someone?

A   No.

Q   Okay, and, okay, but he just looked hostile to you?

A   Yes sir.

Q   Okay.  And did you see him threaten anyone with that gun?

A   No.

Q   Beg your pardon?

A   I said no sir.

Q   Okay, and when he, maybe, could you describe the gun?

A   It was silver with a black handle.  It was a revolver.

Q   Are you sure it wasn't an automatic?

A   No, it was not an automatic.

Q   Okay, have you discussed what you saw with Breanna?

A   No.

Q   You didn't?

A   She asked me did I see that and I said yes but that was it.

Q   And that's the only conversation you had with Breanna about

101

it?

A    Yes.

Q    Okay, how big was this gun?  Is that about six inches?

A    It's a handgun, pistol.

Q    Six inches?

A    Approximately, yes.

Q    Okay, now when he took this gun out, what did he do with it?

A    Stuck it in his pants.

Q    Okay, is his pants.  In his pants pocket?

A    Like pulled his belt up and -

Q    Okay, and then he walked back over to the people?

A    Yeah.

Q    That he was having the altercation with?

A    Yes.

Q    Was he still being hostile?

A    Yes.

Q    Okay, but in all this hostility, you never saw him pull the gun out?

A    No sir.

Q    Did you see him show that gun to any of the people he was having the altercation with?

A    No sir.

Q    So if I understand correctly, and you correct me if I'm wrong, he's having an altercation with two white males, correct?

A    Yes sir.

102

Q   He walks to his car?

A   Yes sir.

Q   He gets the gun and sticks it here?

A   Yes sir.

Q   And he walks back to the people?

A   Yes sir.

Q   But he never shows them the gun?

A   No sir.

Q   And then they leave?

A   Yes sir.

Q   Okay.  And you said you never heard him threaten anyone?

A   Not those two boys, no.

Q   Yes, that's what I'm referring to.  And you said you don't know those two boys, is that correct?

A   No.

Q   Now let me back up earlier in the evening.  When, well I'm sorry, the last questions about the Dairy Mart, who was present with you?

A   It was me, Jessica, Paula, Breanna and Kyron was in his car.

Q   Okay, now where were you sitting.

A   I was sitting in the back seat behind the driver's seat.

Q   And who was driving?

A   Breanna.

Q   Okay, and where were the other two people sitting?

A   I don't really remember the positions of Paula and Jessica.

103

Q    Fair enough, okay.  Now let me talk back to the time of when
     you were at the apartment earlier and you had to wait for Kyron
     to bring the keys to you.  And you were having certain
     conversations, is that correct, the four of you ladies,
     correct?

A    Yes.

Q    Then Kyron came up with the keys to the apartment?

A    Yes sir.

Q    Is that true, ma'am?

A    Yes.

Q    Prior to that time, did you hear Kyron say anything about
     Stephanie stealing the property, prior to that?

A    Before we go into the apartment?

Q    Yes.

A    No.

Q    Okay, once you get into the apartment, when you first go into
     the apartment, did you hear Kyron say anything about Stephanie,
     when you first go into the apartment?

A    When we first go into the apartment?

Q    Yes.

A    He said that Stephanie was the one who put the dog in the
     freezer.

Q    Well that's before you, no, I'm talking about when you first
     go into the apartment?

A    I don't really remember.

                                  104

Q    Okay, that's fair enough.   Then at some point you found a dog
     in the freezer?

A    Yes sir, he did.

Q    Prior to finding, him finding the dog in the freezer, did you
     hear Kyron say anything threatening about anybody?

A    I don't remember.

Q    You don't remember.   Okay, and once he found the dog in the
     freezer, is that when you heard him say something threatening
     about Stephanie.

A    After he found the dog in the freezer, yes sir.

Q    Okay.   Now you told us, I think, and I might be incorrect,
     you told us that prior to that evening going to the apartment,
     did Kyron ever say anything to you in terms of Stephanie
     stealing stuff?

A    No sir.

Q    The first time you heard Kyron say Stephanie stole stuff was
     when?

A    When we came to the apartment that night.

Q    That night.   And that's the, and after he found the dog in
     the freezer was the first time and probably the only time you
     heard him say he was going to kill Stephanie, is that  correct?

A    Not the only time.

Q    Okay, alright.   You heard him say that after he found the dog
     in the freezer?

A    Yes.

                              105

Q   Do you have any idea of what time we're talking about?

A   Probably around 10:30.

Q   Okay, and then you took some pills, some sleeping pills at a later juncture and went to sleep.

A   Right before I went to sleep.

Q   Okay, I don't have anything further.

THE COURT: Cross exam.

CROSS EXAMINATION

BY MR. WHITE:

Q   Alright now when you saw Kyron at the Dairy Mart and he had the gun, had you heard anything about Stephanie stealing property from Paula or Kyron up to that point?

A   I found out Thursday there was, that Paula had made a police report about it.

Q   Right, but did you know that Stephanie or did you know at that point that Stephanie was the person that was the suspect?

A   Yes.

Q   Okay, did Kyron or Paula say anything to you on the night, on the afternoon or evening before Stephanie got murdered about that before the Dairy Mart?

A   I'm sorry?

Q   Before the altercation at the Dairy Mart, had Kyron talked to you at all about what Stephanie had done?

A   No.

Q   Alright, and had Paula talked to you about it at all?

106

A     Yes.

Q     Had she indicated that she had any intentions of violence or anything?

A     No.

Q     Did she say she wanted her stuff back?

A     She knew she wasn't going to get, she said she wanted it back but she knew she wasn't going to get it back.

Q     Did she indicated she'd made a report to the police?

A     Yes sir.

Q     Alright, now the incident at the Dairy Mart, apparently there had been some traffic, parking lot accident.  You didn't see the accident, did you?

A     No sir.  We came after.

Q     Okay, and when you came up, Kyron was arguing with two young white males?

A     Yes sir.

Q     Were they arguing with him?

A     They looked scared.  They didn't look like, they were talking to him but they didn't look intimidated.

Q     You said they looked intimidated?

A     Yes.

Q     Were their voices raised?

A     I couldn't hear.  The windows were closed in the car.

Q     So you couldn't hear Kyron's voice either?

A     No.

Q   But was Kyron being physically aggressive getting into their space or anything?

A   He was not touching them but he seemed to be intimidating them with his body language.

Q   Alright, then you say he broke off contact with them and walked back to his car?

A   Yes.

Q   And at that point you saw him put a firearm somewhere in his pants?

A   Yeah, he grabbed it from beneath the seat of the car.

Q   Alright, now he went back to where the two young men were?

A   Yes.

Q   And continued talking to them?

A   Yes.

Q   You didn't see him display or show a gun or anything?

A   No sir.

Q   And was he still angry and threatening –

A   Yes sir.

Q   After he went back?

A   He seemed angry from what I could see, yes.

Q   His mood hadn't changed after he got the gun?

A   No sir.

Q   Alright, and who left first, did he leave first or the two young men leave first?

A   I don't remember.

108

Q    Okay, so it's possible Kyron could have left the scene first?

A    Possible.

Q    Alright, and then he left with Paula?

A    Yes sir.

Q    And you went to the apartment because you had keys to the apartment, correct?

A    Me, Jessica and Breanna did, yes.

Q    Right, the three of you did.  And was this before or after the dog had been discovered?

A    This is after because we were on our way back from taking, dropping that dog off.

Q    Okay, so the Dairy Mart was after the dog was dropped off?

A    Yes sir.

Q    Okay.  So when you were at the apartment and Kyron and Paula returned, about what time was that?

A    Around, I would say, 11:00, between 10:30 and 11:30.

Q    Alright, now you say that Kyron was yelling at Paula?

A    Yes sir.

Q    And what was he saying to her?

A    He said that you're going to help me kill this bitch and I'm going to kill this bitch.  And I do remember at one point in time where he sat down on the basketball right against the door and he said man, I can't believe I'm going to go to prison for the rest of my life for killing this girl.

Q    Now he's telling Paula all of this.  What's Paula saying to

109

him?

A    She just keeps saying no, I can't do it.  I'm not like you.

Q    Alright.  And so she never agreed to that.  How did the conversation finally end?

A    I don't know.  I left before it ended.

Q    Alright but when you went, took your pills and went to bed, Paula was still arguing with him?

A    She was crying.

Q    And she was still telling him that she wouldn't be involved in killing anybody?  Did she say anything to him about what she thought of the whole idea of going and hurting anybody?

A    She said it was, she made it very clear to him that she thought it was over because she had went and made a police report.  But he just kept yelling.

Q    Okay.  But she said she made a police report and to her, that was it?  Okay.  Did she say that more than once?

A    Yes sir.

Q    Did he ever say he wanted to go get his stuff back as opposed to just kill the girl?

A    Yes sir.

Q    How many times would you say you heard him say he wanted to kill Stephanie?

A    More times than I could count.

Q    Okay, and how many times did he say he wanted to get his stuff back?

110

A    I don't know.

Q    Okay, now you mentioned the fact that sometimes he carried
     guns, okay.

A    Yes sir.

Q    Would it be fair to assume that Kyron had a bit of a temper?

A    Yes sir.

Q    Alright, had he ever made threats before like I'm going to
     kill this person.  I'm going to blow that person away, have
     you ever done that before?

                    MS. KETTLER: I'm going to object as to the relevance
     of that.

                    THE COURT: Sustained.

                    MR. WHITE: Oh, I think it's very relevant.  It goes
     to whether or not -

                    THE COURT: I sustained the objection.  I didn't
     ask for an argument.

                    MR. WHITE: Thank you your Honor.  I won't, okay.

A    I'm sorry, could you repeat the question please?

                    THE COURT: No, he can't repeat the question.  Go
     on to something else.

                    MR. WHITE: Alright.

Q    Based on your past observations of Kyron in the time you knew
     him, did you have any reason to believe he was serious?

                    MS. KETTLER: I'm going to object to that.

Q    No time you called the police or contacted the police, correct?

                                111

A    No sir?

Q    And were you up and in the room when Paula got the phone call
     indicating Stephanie was dead?

A    I was awake, yes.  I was in her bedroom, yes.

Q    And what did you hear?

A    I didn't hear anything.  I heard, Paula was crying.

Q    Alright, and that's all you heard.

A    And then she told me, Stephanie's dead.

Q    Alright, she didn't tell you anything more than that?

A    No sir.

Q    Thank you, I don't have anything more for you, thank you.

A    Thank you.

            THE COURT: Anything else Ms. Kettler?

            MS. KETTLER: No, thank you your Honor.

            THE COURT: Thank you ma'am, you can step down.

You can call your next witness.

            (Whereupon the witness was excused at 12:13 p.m.)

                    JESSICA FRITZ

having been duly sworn on her oath at 12:15 p.m. was examined and

testified as follows:

                    DIRECT EXAMINATION

BY MS. KETTLER:

Q    Good afternoon ma'am, would you please state your full name
     for the record?

A    Jessica Grace Fritz.

                        112

Q    Okay Ms. Fritz, how old are you?

A    Eighteen.

Q    Alright, I need you to keep your voice up nice and loud for
     me if you would please.  First of all, I want to ask you what
     is your relationship to Paula Bennett?

A    She is my good friend.

Q    Okay, and what about Katie McIntyre and Breanna Kandler, are
     you friends with them?

A    Yeah, I met Katie through Paula and Breanna's been my friend
     since like ninth grade.

Q    Okay, of all those girls, who's your closest friend?

A    Probably Paula.

Q    Okay.  And what about Mr. Benson here, do you know him?

A    Yeah.

Q    And how do you know him?

A    Through Paula.

Q    Okay, about how long had you known him at the time Stephanie
     McClure got killed?

A    Probably like five months.

Q    Okay, and I'm going to ask you some questions about the day
     before Stephanie got killed to start off with.  Did you have
     contact back on October 5$^{th}$, did you have some contact with
     Paula Bennett?

A    Yes, most likely.

Q    Okay, was it on the phone or in person that you first had contact

                              113

with her the day before Stephanie got killed?

A    On the phone.

Q    Okay, and when you talked with her on the phone, did you, first
     of all, did you, had you already been made aware that some
     things had been stolen of Paula's?

A    Yes.

Q    Okay, and what were those items?

A    A laptop, a Play Station 2 and some clothes of Kyron's and
     Paula's shoes.

Q    Okay, so before the day, before this day that you had contact
     with, strike that.  Let me start over, I'm getting caught up
     in my question.  Prior to the day before Stephanie got killed,
     even before that, did you know some items had been stolen?

A    Yes.

Q    Okay, and when did you first become aware that Stephanie had
     stolen them?

A    When Breanna called Paula to tell her that she knew for sure
     that Stephanie stole them.

Q    Okay, and what day was that in relation to when Stephanie got
     killed?

A    I think, I'm pretty sure it was October 4th.

Q    Okay.  And so the day before Stephanie got killed, October
     5th, you said you had some contact with Paula.  Where did you
     first come into contact, like person, with her, not on the
     phone but actually see her that day?

114

A    When her and Breanna picked me up that night.

Q    Okay.  And can you tell the jury roughly, juries, roughly what time that was that they picked you up?

A    About 8:15 a.m. at night.

Q    And where did they pick you up?

A    My house.

Q    Alright, and from your house, well let me ask you about that a little bit first.  When they come to pick you up at your house, did Paula have some, don't tell me what yet but did she have some conversations with you about what was going to happen about those items being stolen?

A    No, she told me -

Q    Okay, wait -

A    Oh, no, sorry.

Q    Did she say any, did you have conversations about that at that time?

A    Yes.

Q    Okay, don't tell me what they are yet.  And what about conversations with Breanna?  Did Breanna talk to you while you were at your house about that, about the stolen items?

A    No.

Q    Okay.  From your house, where did you go?

A    To Kluck's where Katie works.

Q    Okay, and is this in Breanna's car?

A    Yes.

115

Q   And by the time you get there, roughly what time was it?

A   About 8:30, 8:45.

Q   Alright, and while you're riding there, do you have any conversations with Paula and Breanna about the stolen items, on your way to Kluck's?

A   Yes.

Q   And don't tell me what was said yet but do both of them talk to you about that?

A   Yes.

Q   Okay.  And when you get to Kluck's then, do you meet up with someone there?

A   Yeah, Katie.

Q   Alright, and when you meet up with Katie, does Paula talk to Katie about the stolen goods?

A   Not to my knowledge, no.

Q   Okay, what about Breanna, does she talk to Katie about the stolen goods?

A   I didn't hear anything.

Q   Okay.  About how long do you stay there at Kluck's?

A   Well Katie got off at 9:00 and we got there about 8:45 so like fifteen minutes.

Q   Okay, and where did you go from there?

A   To Paula's.

Q   Okay, and when you got to Paula's house, or on the way to Paula's apartment, I'm sorry, are there conversations in the car about

116

the stolen things and what's going to happen to get them back
or anything?

A   No.

Q   Okay, when you get to the apartment, then, do you go right
in the apartment?

A   No, because Kyron had Paula's keys so we had to wait for him
to come.

Q   Okay, and while you're waiting for Kyron to come with Paula's
keys where exactly are you waiting?

A   The park by Paula's house across the street.

Q   And what are you doing while you're waiting there?

A   Smoking weed.

Q   Okay.  Is that something you've done before?

A   Yeah.

Q   And there, are all the girls, who all is there at that point?

A   Me, Katie, Breanna and Paula.

Q   And are you all smoking weed?

A   Paula wasn't.

Q   Okay.  And how many blunts do you have between the three of
you?

A   Just one.

Q   Okay.  Now have you smoked marijuana before this day?

A   Yes.

Q   Does sharing one blunt with two other girls make you unable
to know what's going on around you?

117

A    No.

Q    Okay, does it affect your ability to remember what happened at all?

A    No.

Q    I'm sorry if I asked you this already.  How long did you wait out there?

A    About thirty minutes.

Q    Okay, and when Kyron arrived, was he driving a vehicle?

A    Yes.

Q    What, do you know what kind or what color?

A    It was a dark green.  It looked like a Grand Prix maybe, like an older one.

Q    Alright, so when he gets there, you all go into the apartment?

A    Yes.

Q    And what are you doing when you first get into the apartment?

A    Looking for her dog.

Q    Okay, what's the dog, is it a grown dog or a puppy?

A    It's a puppy.

Q    And everybody looking for the dog?

A    Everybody, yeah, everybody's looking for the dog.

Q    Where is the dog, does someone find the dog?

A    Yes, Kyron found the dog.

Q    Where did Kyron find the dog?

A    In the freezer.

Q    Okay, did you see Kyron go to the freezer?

118

A    Yes.

Q    Did he look around anywhere else or walk right to the freezer?

A    No, he made a joke before we were looking for it like oh, maybe you should check the freezer.

Q    Okay, and did he go right to the freezer?

A    Yes.

Q    And what was in the freezer?

A    It was a box and then, it was a basketball bag, you know, one of them you have on your back.  And he said there's a box in here.  And I told him like well, look inside it.  And he pulls it out and the dog's hanging in the bag.

Q    After he opened that box and the puppy was in there, did he say anything?

A    No.

Q    What did, after some time passed, did he say anything about the dog or who had killed the dog or put it in there?

A    He said that Stephanie did it.

Q    Okay, and while he's there is he saying anything about the stolen goods with regard to Stephanie?

A    No.

Q    Okay.  After you find this dog then or after the Defendant allegedly finds the dog, what do you do, what do you all do with regard to the dog?

A    Well we were all arguing because I say that Kyron did it.

Q    Okay.  What did you do?

A      What did we do with the dog?  Me, Paula, Breanna and Katie

       left and Kyron left.  Kyron suggested we put the dog in the

       dumpster.

Q      Okay.

A      But we took it on the street that I live in this abandoned

       house and dropped it off.

Q      Okay.  After you then take the dog out there, where do you

       all go from there?

A      We met Kyron at Dairy Mart.

Q      Okay.  When you say we, is that you, Paula -

A      Me, Katie, Paula and Breanna.

Q      Okay, and whose vehicle are you riding in?

A      Breanna's.

Q      And when you get to the Dairy Mart, is Kyron there or does

       he get there later?

A      No, he was there.

Q      Okay, and what do you see going on there at the Dairy Mart?

A      He, a boy named Chris backed into his car.

Q      Okay, and after that happened, what do you observe going on?

A      I just saw Kyron and Chris outside the car.  They weren't

       arguing or anything but, that's why I didn't really pay

       attention.

Q      Were they discussing?

A      Yeah.

Q      Were they having a conversation, did it appear to you?

                              120

A   Yeah.

Q   Okay.  Did you at any point see Kyron have anything in his hand, in his possession there?

A   No.

Q   About how long do you think you stayed there at the Dairy Mart?

A   About ten minutes.

Q   Okay, and from that period of time where, after that, where do you go?

A   Back to Paula's.

Q   Who goes back to Paula's?

A   Me, Breanna, Katie, Paula and Kyron.

Q   Okay, do you all go at the same time in the same vehicle?

A   No, he was in his vehicle, the vehicle he was driving.

Q   Okay, did you all have a key to get in or did they come at the same time to the apartment?

A   Yeah, we all got there at the same time.

Q   Okay, and when you get there, what do you do?

A   We go inside.

Q   Okay.  And at that point in time, is there any discussion about, well let me leave this more open.  What's going on when you go back into the apartment at that point in time?

A   Well me, me and Katie and Breanna were just sitting on the couch while Paula and Kyron are still discussing who did that to the dog and about Paula's things and what they're going to do about it and, you know, who did it.

121

Q    Okay, and when you say discussing, are they discussing it in
     a conversational tone or are they arguing?

A    It started off in a conversational tone but it led to arguing.

Q    Okay, now did you stay there in the room the entire time that
     this is going on?

A    I was in the livingroom, yeah.

Q    Okay, and where are Paula and Kyron while they're having this
     discussion/argument?

A    On the couch in the livingroom.

Q    So you're in the same room with them?

A    Yeah.

Q    Alright, and can you hear what's being said between them?

A    Yeah.

Q    How long does this go on that they're going back and forth
     about what they're going to do about the stolen things?

A    About fifteen, twenty minutes.

Q    Okay, and what does Kyron say he's going to do?

A    He didn't really state what he was going to do but he was yelling
     at Paula saying that she lets people walk all over her and
     she needs to do something about it.

Q    Alright, and is she fighting back with him?

A    No.

Q    Okay, what is she doing?

A    She's just listening to him.  She really wasn't saying
     anything.

                              122

Q    Okay.  Now at some point after this is going on for a while,

      did they discuss at all these stolen items?

A    Yeah.

Q    Okay.  What is the, what do you hear Kyron say about the stolen

      things?

A    Well Paula was telling him like I went to the cops.  They're

      going to make a report, you know, they'll take care of it.

Q    And what do you hear Kyron say?

A    I really don't remember.

Q    Okay, was there a point in time when the two of them were in

      a conversation in a more private area?

A    Yes.

Q    Where did they go to have that conversation?

A    They were on the couch.

Q    Okay and -

A    But I wasn't in the room.

Q    I'm sorry?

A    I was outside on her balcony.

Q    Okay, what were you doing outside?

A    Talking to my ex-boyfriend.

Q    On the -

A    Phone.

Q    Phone or in person?

A    Yeah, on the phone.

Q    And who is that, by the way?

                                    123

A   Ricky Wren.

Q   Okay, he's your ex-boyfriend now.  Was he your current
    boyfriend then?

A   Yes.

Q   Alright, can you tell me roughly what time this is that you're
    having this conversation with Ricky?

A   About 12:45.

Q   Okay, and what's the conversation you're having with Ricky?

A   Well he was at this party so we were just arguing about why's
    he at that party.

Q   Okay.  After you're out on the balcony then, you go back in
    the apartment?

A   No, they came out, or Paula came out to tell me that they were
    leaving to go get their stuff back from Stephanie and her house
    keys that Stephanie had.

Q   Okay.  So Paula comes and tells you that she and Kyron are
    going to get her stuff back, is that right?

A   Yes.

Q   Does she say where exactly they're going to do that?

A   Her aunt's house, Stephanie's aunt's house.

Q   Okay, and this is just Paula out there at that time, right?

A   Yes.

Q   And does she say how they're going to do it?

A   No.

Q   Okay.  And do you hear Kyron say anything right before they

                              124

leave?

A   Well Paula was outside talking to me for about like two or three minutes and he said, come on, let's go shoot this move.

Q   Alright, and after he said that, what does Paula do, what do he and Paula do, if anything?

A   They left.

Q   Okay.  Now when they left, who's there in the apartment and awake?

A   Me and Katie.

Q   And Breanna has left?

A   She left the same time Paula and them did.

Q   And what are you doing then after Paula and Kyron leave?

A   Katie was in Paula's room sleeping or watching tv and I was in the livingroom watching Desperate Housewives.

Q   Okay, and so what time is your best estimate that it was when Kyron and Paula left?

A   1:05, 1:10.

Q   Okay, in the morning?

A   Yeah.

Q   Alright, and did anybody say anything to you about how they were going to get there, whose vehicle they were going to use?

A   No.

Q   Did Paula have a vehicle?

A   No.

Q   Okay, and Breanna is the one who drove you there, right?

125

A    Yes.

Q    And she's gone?

A    Yes.

Q    What is the next thing that, is there a point in time when either Kyron or Paula or both come back to the apartment?

A    Paula comes back about 3:15.

Q    Okay.  I want you to listen carefully to my question, okay.  And when Paula comes back, is she alone?

A    Yes.

Q    Describe for me what her demeanor was like when she came back?

A    Well I woke up to her slamming and opening the door, opening the door real wide.  Her eyes are real big.  Her hands are shaking like this and she's crying.

Q    Alright, and did you talk to her?  Did you ask her why she was upset?  Don't tell me what she said but did you ask her why she was upset?

A    Yes.

Q    Okay, and did you continue to have conversations with her about why she was upset?

A    Yes.

Q    Alright, and how long did that go on?

A    About three to five minutes.

Q    And did Kyron Benson come back to the apartment that night that you saw?

A    No.

126

Q   When is the next time you saw Kyron Benson?

A   I didn't see him since, I didn't see him at all.

Q   Did you see him in court in Romulus?

A   Yes.

Q   Okay, and did you testify at the preliminary examination in this matter in Romulus?

A   Yes.

Q   So that was the next time you saw him?

A   Yes.

Q   And did you tell the truth at that point in time?

A   Yes.

Q   Okay, and after you testified at that, well, let me come back to that.  The next morning after Paula, you said Paula came back and you guys talked for maybe five or ten minutes about why she was upset, is that right?

A   Yes.

Q   Was Katie up at that point in time or is she still in bed?

A   No, Paula went and woke her up.

Q   Okay.  Did you hear Paula say anything, don't tell me what, did she say anything to Katie?

A   Yes.

Q   Are you cold?

A   No, I'm just, I don't know.

Q   And how long did that conversation go on after Paula woke Katie up?

127

A    About ten minutes, ten, fifteen.

Q    Okay.  Was there a point in time that your boyfriend, then
     boyfriend, Ricky Wren, came to the apartment?

A    Yes.

Q    When was that?

A    I was calling him when she was talking to Katie, like right
     after we got done talking, I called him.

Q    Okay, so you talked to him after Paula had already left and
     come back?

A    After she came back.

Q    After Paula came back?

A    Yeah, then I called him.

Q    Okay.  And don't tell me what again but did you tell Ricky
     what Paula had said when she came back?

A    When he -

Q    I'm sorry, when you called on the phone, when you talked to
     Ricky on the phone, did you tell him what Paula said when she
     came back to -

A    No, not on the phone, I just told him it's an emergency.

Q    It's an emergency and you wanted him to what?

A    Come over.

Q    Okay, and so about what time was that?

A    Like 3:15.

Q    Okay, and does he come over?

A    Yes.

                              128

Q Alright, and when he gets over to the apartment, about how long does it take him to get there after you ask him to come?

A Like ten minutes.

Q Okay, and when he gets there, is Paula still talking to Katie?

A No.

Q Is Katie back in bed or what?

A Yeah, she went right back to bed.

Q Okay, are you still talking to Paula about what happened?

A Yes, yes.

Q Alright, and do you tell Ricky what happened, what Paula said happened?

A Paula did.

Q Okay.  And so when Paula makes these statements about what happened, it's just you and Ricky there?

A Yes.

Q And her?

A Yes.

Q And Katie's in the bedroom asleep?

A Yes.

Q Did you, after that, have some discussions with Ricky about what Paula had said?

A Yes.

Q Okay, and what's your state of mind at this point in time? How are you feeling after she told you what she said?

A I didn't believe her at all.  My mind was, I was in shock

129

basically.

Q   Okay, when you say you don't believe her, you mean you thought she was lying or you were shocked?

A   I thought she, at first I thought she was lying.

Q   As time went along, did your opinion of that change?

A   Yes.

Q   And what made your opinion of that change?

A   When she swore on her mom's life or on her mom's grave.

Q   Okay, and when you testified at that preliminary exam, you said you testified truthfully.  Were you concerned after that about how Paula was going to feel about you doing that?

A   Definitely.

Q   So after you have these conversations with Ricky and Ricky's there when Paula's talking, what do the two of you do, you and Ricky?

A   We went in her spare bedroom and laid down but we were talking?

Q   Okay, and you're continuing to talk about what she'd had to say?

A   Yes.

Q   Okay, how long does that go on?

A   About thirty minutes.

Q   Alright, and then what happened?

A   Fall asleep.

Q   Okay, did you sleep there all night?

A   Yes.

Q    Did Ricky sleep there all night?

A    Yes.

Q    How did Ricky act when you told him this?   Don't tell me what
     he said, how'd he act?

A    Shocked.

Q    Okay, in the following morning then you wake up and you're
     still at Paula's apartment in her spare bedroom, is that right?

A    Yes.

Q    And how do you become aware that Stephanie's dead?

A    Breanna calls Paula.

Q    Okay, and did you have some conversations with Paula after
     she got off the phone with Breanna?

A    Yes.

Q    Did Kyron come to the house, to the apartment, to Paula's
     apartment?

A    No.

Q    Did you observe Paula trying to call Kyron or did she say she
     was trying to call him?

A    Yes.

Q    Was that like once or repeatedly?

A    Repeatedly.

Q    Okay, did you ever see her succeed in getting a hold of him?

A    No.

Q    Okay.   The following day or in the days that followed Stephanie
     being killed, did Paula, did you have any conversations with

                                131

Kyron about the incident?

A   No.

Q   Did you have conversations with Paula about it?

A   Yes.

Q   Okay.  Did you voluntarily go to talk to the police the next day or two days after Stephanie was killed?

A   Do you mean did I go myself or did -

Q   Yes.

A   No.

Q   Did they come and get you and take you to the police station?

A   Yes.

Q   Okay, they didn't put you under arrest?

A   No.

Q   Okay, but you agreed to go there?

A   Yes.

Q   And did they read you your Miranda Rights?

A   Yes.

Q   And did you tell the police what you knew about this incident?

A   Yes.

Q   Alright, did you tell the truth?

A   Yes.

Q   Did you, in your mind, did you think what you had to say might get your friend in trouble?

A   Yes.

Q   But you told the truth anyway?

132

A     Yeah.

Q     After, well actually that same day that you gave your statement to the police, did you also come to the prosecutor's office and give a statement under oath pursuant to an order by a judge, an investigative subpoena?

A     Yes.

Q     And at that time were you advised that it was subject to penalty of perjury and that if you lied there, it's just like lying in court?

A     Yes.

Q     Alright, and you agreed to do that, is that right?

A     Yes.

Q     And at that point in time, did you tell the truth?

A     Yes.

Q     And at that point in time did you have a copy of your statement that you followed along with as you were asked questions about your written statement to the police?

A     Yes.

Q     Did you indicate that your written statement to the police, that each particular line of it was the truth?

A     Yes.

Q     Alright, in addition to giving your statement, did you make an identification of the Defendant, Mr. Benson?

A     Yes.

Q     And did you tell the police when you made that identification,

133

well let me ask you this first.  When you identified that
photograph, was it the very first day that you talked to the
police?

A   Yes.

Q   And when you did that, did you sign it?

A   Yes.

Q   And did you also write on there something that he had said?

A   Yes.

Q   And what was that if you recall?  Do you recall?

A   No.

Q   Alright, would looking at your photographic identification
refresh your memory?  Do you think that would refresh your
memory?

A   Yes, yes.  I think I remember.  Okay, yeah.

Q   And what did you tell the police he had said?

A   That he said, I'm going to go shoot this move.

Q   Okay, and that was right before he left with Paula?

A   Yes.

Q   And that was about what time in the morning that they left?

A   About 1:05.

Q   Okay.  After you gave that statement to the police in the very
beginning, October 7th, did you tell Paula that you had talked
to the police?

A   No.

Q   Okay, did there come a time that she asked you if you had talked

134

to the police?

A   No.

Q   Okay, do you remember talking to the police on October 18th again about that topic?

A   No.

Q   Okay, do you think if you looked at your statement from October 18th, if would refresh your memory?

A   Yes.

Q   I'm going to show you what's been shown to counsel.   Just look that over.

A   Yeah, I remember.

Q   Did Paula contact you about whether you had talked to the police or not?

A   Yes.

Q   At some point in time after you testified at the preliminary examination in Romulus, did you again talk to the police and give them a statement about some further details in this incident?

A   Yes.

Q   Okay, you've testified to these jurors today that when you testified in Romulus that you told the truth even though you were aware it might get your friend in trouble, is that right?

A   Yes.

Q   And following that were you concerned about how she might feel about, that you had done that?

135

A    Yes.

Q    And did you write her a letter and ask her if she was mad at your or something of that nature?

A    Yes.

Q    Okay, and did she send you a letter back?

A    Yes.

Q    Okay.  Fairly recently in April of this year, did you talk to the police again?

A    Yes.

Q    And did you give them some additional information that you thought might be relevant to the investigation?

A    Yes.

Q    Okay.  Did you, in particular, what did you tell them that you hadn't told them before?

A    That earlier in July, Paula and Kyron bought a gun from my ex-boyfriend, Ricky.

Q    Okay.  And did you put that in a written statement?

A    Yes.

Q    Now you didn't tell the police that initially?

A    No.

Q    Why is that?

A    Well this was in July and it really slipped my mind and that was my boyfriend at the time.  I know it was, I should have told but -

Q    Okay, so this in July of 2007 that Ricky sold a gun to, I'm

136

sorry, who did you say he sold it to?

A    Paula and Kyron.

Q    Okay.  In July, correct?

A    July, yeah.

Q    And so in October, you didn't tell the police that.  Did that seem relevant to you when it had been months before?

A    No.

Q    And, I mean you've been honest about it, he's not your boyfriend anymore, right?

A    No.

Q    Does that mean that you're willing to lie about him?

A    No.

Q    Does that mean that you're not willing to protect him anymore?  I mean did you feel you were protecting him by not saying that about the gun?

A    I guess you can say that.

Q    Okay.  What if the gun, first of all, is it accurate to say that you don't know whether that gun is the gun that was used to kill Stephanie or not?

A    No.

Q    But what did that gun look like?

A    It was a handgun.  It had a, like where the bullets go in, it was, it spinned.  And that's really -

Q    Do you know what caliber it was?

A    No.

Q     And did you also, was there some other item that Paula and/or
      Kyron bought at the same time as the gun?

A     Yes.

Q     And what was that?

A     The laptop.

Q     Okay, just the laptop or anything else?

A     Nothing else.

Q     The laptop and the gun, is that right?

A     Yes.

Q     And where did this take place?

A     Ricky's house.

Q     Okay, and where did Ricky live at that point in time?

A     Off of McArthur Boulevard in Ypsilanti.

Q     When did your relationship with Ricky end roughly?

A     February.

Q     Okay, and this was middle April that you told the police this
      about the gun, is that right?

A     Yes.

Q     Did you provide a copy of the letter that you wrote to Paula
      in jail, well let me back up.  You said earlier that you wrote
      her a letter after you testified because you were worried about
      if she was mad at you for telling the truth, is that right?

A     Yes.

Q     And did you provide a copy of that letter to the police officers?

A     Yes.

                              138

Q    Okay, do you and Paula have a nickname that you all call each other?

A    Yeah.

Q    Well, actually is there more than one?

A    No, there's just one.

Q    Okay, and what is that?

A    We call each other our PIC.

Q    And what's that?

A    Partner's in crime.

Q    How long have you been calling each other that?

A    Since like the first day I met her.

Q    And did you call her that in that letter that you sent her?

A    Yes.

Q    So you gave the police officers a copy not the original, is that right, of the picture, I'm sorry, the letter you sent her?

A    Yes.

Q    Okay.  No, I mean the letter she sent you, I'm sorry?

A    Yes.

Q    And you had, you testified already you sent her a letter. Does the fact, do you still consider Paula your friend?

A    Yes.

Q    I mean do you still love her?

A    Definitely.

Q    Did you ever have any conversations with Kyron after you learned

139

that Stephanie had been killed?

A    No.

Q    Did you ever have any conversations with Mr. Benson directly about what would happen if you told?

A    Not directly.

Q    Okay.  That's all I have for both juries, your Honor.  I have some additional for one of the juries.

THE COURT: We'll take up the matter with the individual jury tomorrow.  Both juries are excused for today. Don't discuss the case.  Be back tomorrow at 9:00.

(Whereupon the witness was excused at 12:45 p.m.)

(Whereupon the jurors were excused for the day)

(On the record without the juries)

MS. KETTLER: Yes, I have one matter that doesn't concern the witness, though.  Can she be excused.

THE COURT: Sure.

MS. KETTLER: Judge, with regard to Mr. Wren, I promised to provide him, Ricky Wren.  However, as an officer of the court, I think there is a real concern in incriminating himself. I don't know how the Court prefers to deal with that, whether it wishes to appoint an attorney or simply advise him itself. And the basis for his incriminating himself obviously would be the testimony of -

THE COURT: Who is he?

MS. KETTLER: Richard Wren.

140

THE COURT: Oh.

MS. KETTLER: Testimony that he sold them the gun and the, potentially.  He's also currently incarcerated with regard to a different matter altogether but I'll have a writ prepared depending on how the Court wishes to proceed.

THE COURT: Well what are you asking to do, waive his presence.

MS. KETTLER: I would because I think he has legitimate concerns.

THE COURT: You want to put a witness on that will testify he sold your client a gun?

MR. BURKETT: No, she's already said that.  We have one witness who already said that.  I don't think that witness is going to come in here and say those things.  And if she thought she had a problem, she should have never solicited that answer from this witness.

THE COURT: Oh, I'm really good at turning back, so you want the witness?

MR. BURKETT: Most definitely.

THE COURT: Well I mean, you don't have to present him in your case, do you?

MS. KETTLER: No, no, I don't your Honor.

THE COURT: Alright, well when the defense, give me a writ.  Where is he incarcerated?

OFFICER TOTH: Washtenaw County.

141

THE COURT: Well I don't know when we'll get to him.
Do you?

MS. KETTLER: No, I don't.  All I'm saying is that,
I mean in fairness to him, even though he is a witness, I think
he needs to be advised that he might incriminate himself.  I
mean –

THE COURT: Well where did this transaction take
place?  Do I have any jurisdiction over it?

OFFICER TOTH: Washtenaw County.

MS. KETTLER: Washtenaw County.

THE COURT: I mean I'd love to be a circuit judge
in Washtenaw County.  What's it got to do with me?

MS. KETTLER: They could potentially use that
against him.

THE COURT: What's that got to do with me?  I don't
have any authority over Washtenaw County prosecutors.

MS. KETTLER: No, I'm just asking that he be advised,
that the Court either appoint him an attorney to advise him of
his Fifth Amendment Right.

THE COURT: Well first of all, you don't want him
in your case in chief, right?

MS. KETTLER: No, not particularly.

THE COURT: So he's stricken from your witness list.
Now if you want him, give me a writ when the time comes and I
guess I'll, I don't have any authority over Washtenaw County nor

142

do I care to.

    MR. BURKETT: Okay, I want to make sure I understand your ruling.

    THE COURT: Sure.

    MR. BURKETT: I'm telling you now that I want him. Are you going to require them to bring him here?

    THE COURT: I'm not, well, eventually somebody's going to have to have a writ. Now when you say, am I going to require Sumpter Township to bring him here? Is that your question?

    MR. BURKETT: Well, say he's a res gestae witness. They checked the list off saying he was going to be here. And we relied on it.

    THE COURT: I don't, okay, and?

    MR. BURKETT: And under the court rules -

    THE COURT: Now they say they're not going to produce him?

    MR. BURKETT: Yes.

    THE COURT: Okay and now?

    MR. BURKETT: I insist that they do produce him.

    THE COURT: He insists that you produce him.

    MS. KETTLER: Well, I'll do what the Court insists that I do.

    THE COURT: Really?

    MS. KETTLER: Yes.

    THE COURT: Not Mr. Burkett's insistence.

<div align="center">143</div>

MS. KETTLER: No.

THE COURT: Well, what's he in jail for?  Is somebody going to tell me?

MS. KETTLER: I just don't think it's fair to call him as a witness and have him walk into something that may cause him to be prosecuted.  I mean I'm a prosecutor -

THE COURT: You can't prosecute him.

MS. KETTLER: Right, but somebody can.

THE COURT: I can't prosecute him.

MS. KETTLER: Right, but as a lay person, he may, I think he's entitled to have a right, he's entitled to be advised of his rights not to incriminate himself.

THE COURT: Well what's he in jail for, does anybody have any idea?

MS. KETTLER: Assaulting the prior witness.

THE COURT: Oh, you mean a domestic violation?

MS. KETTLER: Correct.

THE COURT: And -

MS. KETTLER: And some property crimes as well.

MR. BURKETT: I think from my understanding the property crime were against the prior witness.

THE COURT: So I'll order him produced and then you, and if you don't examine him, you don't examine him.  Then you can cross examine.

MR. BURKETT: Thank you.

144

THE COURT: If you ask him about the sale of the gun, it seems to me you are bound by his answer.

MR. BURKETT: That's very true.

THE COURT: Well I don't know what his answer will be.  Well, and then this whole business about Mr. Larvaidan thinking he was threatened on Friday, on Thursday, that's not of any moment any longer?

MS. KETTLER: Not any longer.

MR. BURKETT: I'm sorry, I didn't mean to cut you off.  Judge, not only not at the moment –

MS. KETTLER: He's –

MR. BURKETT: I need to point out, though, what you were told was blatantly untrue.  You were told that the grandmother had called him and that people were threatening him.  And we say nothing of the sort ever happened.

THE COURT: Why do I conclude from whatever has transpired in front of me that the grandmother didn't call him.

MR. BURKETT: Because he said it didn't happen unless you agree with me that he's probably lying about that, too.

THE COURT: I don't have a vote on anybody lying as is plain to everybody in this county from the Whistleblower Protection case.  I don't have a vote on who lies.  The jury tells who lies.

MR. BURKETT: I understand.

THE COURT: So there is nothing more to be done about

145

Mr. Larvaidan.  See you tomorrow at 9:00.

                    MS. KETTLER: Thank you your Honor.

                    (Matter concluded)

STATE OF MICHIGAN )

COUNTY OF WAYNE   )

I, Jeffrey B. Goldsmith, Official Court Reporter for the Third Judicial Circuit of Michigan, do hereby certify that I reported the foregoing proceedings before the Honorable MICHAEL J. CALLAHAN, Circuit Judge on May 12, 2008; that the foregoing 154 pages constitute a true and correct transcript of the proceedings so held.

_____
Official Court Reporter
CSMR-0037

147